UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PAUL LIS and | : | CIVIL ACTION NO. |
| DJ PAULIE BROADCASTING LLC | : | 3:11-CV-01057-AWT |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| PAUL DELVECCHIO, JR; | : | |
| 495 PRODUCTIONS; VIACOM, INC; | : | |
| UMG RECORDINGS, INC.; FIESTA | : | |
| PALMS LLC d/b/a Palms Casino | : | |
| Resort; BASKIN-ROBBINS, INC.; | : | |
| HEARST COMMUNICATIONS, INC.; | : | |
| ROOM960 LLC; and | : | |
| JOHN DOE(S) 1-999 | : | |
| | | |
| Defendants | | AUGUST 30, 2011 |

## **APPEARANCE**

To the Clerk of this Court and all parties of record, please enter my appearance in this case for the following defendant: PAUL DELVECCHIO, JR.

DEFENDANT, PAUL DELVECCHIO, JR.

By:     */s/ Erik H. Beard*
Erik H. Beard (ct26941)
Wiggin and Dana LLP
One CityPlace
185 Asylum Street
Hartford, CT 06103-3402
Tel. (860) 297-3700
Fax. (860) 525-9380
Email: ebeard@wiggin.com