UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| PAUL LIS and<br>DJ PAULIE BROADCASTING LLC<br><br>    Plaintiffs,<br><br>v.<br><br>PAUL DELVECCHIO, JR;<br>495 PRODUCTIONS; VIACOM, INC;<br>UMG RECORDINGS, INC.; FIESTA<br>PALMS LLC d/b/a Palms Casino<br>Resort; BASKIN-ROBBINS, INC.;<br>HEARST COMMUNICATIONS, INC.;<br>ROOM960 LLC; and<br>JOHN DOE(S) 1-999<br><br>    Defendants | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CIVIL ACTION NO.<br>3:11-CV-01057-AWT<br><br><br><br><br><br><br><br><br><br><br><br><br><br>AUGUST 30, 2011 |

### **CERTIFICATE OF SERVICE**

I hereby certify that on August 30, 2011, a copy of the foregoing Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                                                         /s/ *Erik H. Beard*
                                                    Erik H. Beard (ct26941)
                                                    Wiggin and Dana LLP
                                                    One CityPlace
                                                    185 Asylum Street
                                                    Hartford, CT 06103-3402
                                                    Tel. (860) 297-3700
                                                    Fax. (860) 525-9380
                                                    Email: ebeard@wiggin.com