UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| PAUL LIS and<br>DJ PAULIE BROADCASTING LLC<br><br>  Plaintiffs,<br><br>v.<br><br>PAUL DELVECCHIO, JR;<br>495 PRODUCTIONS; VIACOM, INC;<br>UMG RECORDINGS, INC.; FIESTA<br>PALMS LLC d/b/a Palms Casino<br>Resort; BASKIN-ROBBINS, INC.;<br>HEARST COMMUNICATIONS, INC.;<br>ROOM960 LLC; and<br>JOHN DOE(S) 1-999<br>  Defendants | CIVIL ACTION NO. 3:11cv01057 (AWT)<br><br><br><br><br><br><br><br><br><br><br><br>AUGUST 30, 2011 |

## MOTION TO PERMIT CHRISTINE K. BUSH TO APPEAR *PRO HAC VICE*

Pursuant to Local Rule 83.1(d), Defendant Paul Delvecchio, Jr. by and through his counsel, Erik H. Beard of Wiggin and Dana LLP, hereby move this Court to permit Christine Bush to appear *pro hac vice* in this action on Mr. Delvecchio's behalf. In support of this motion, Mr. Delvecchio submit the affidavit of Christine K. Bush, and states as follows:

 1. Erik H. Beard, an attorney in the law firm Wiggin and Dana LLP, has appeared on behalf of Mr. Delvecchio in this action, and is a member in good standing of the bar of this Court.

 2. Christine K. Bush is an attorney in the law firm of Scott Bush Ltd., 30 Kennedy Plaza, 4th Floor, Providence, Rhode Island 02903, telephone: (401) 8652-6035, fax: (401) 865-6039, e-mail: cbush@scottbushlaw.com. Ms. Bush is a member in good standing of the bars of the State of Rhode Island and the Commonwealth of Massachusetts and is admitted to practice in the United States Courts of Appeals for the First Circuit and Federal Circuit and the United States District Courts for the District of Rhode Island, the District of Massachusetts, and the

Eastern District of Wisconsin. There are no disciplinary proceedings pending against Ms. Bush in any jurisdiction.

3. Ms. Bush has not been disciplined or denied admission by this Court or any other Court in any jurisdiction.

4. Ms. Bush is familiar with the Local Rules of the United States District Court for the District of Connecticut.

5. Ms. Bush has particular expertise in civil litigation and, in particular, matters involving allegations of patent, trademark and copyright infringement.

WHEREFORE, Defendant Paul Delvecchio respectfully requests that this Court grant Christine K. Bush permission to appear *pro hac vice* in this matter.

Respectfully submitted,

**PAUL DELVECCHIO, JR.**

By: /s/ Erik H. Beard

Robert M. Langer (ct06305)
Erik H. Beard (ct26941)
WIGGIN AND DANA LLP
CityPlace I
185 Asylum Street
Hartford, CT 06103
(860) 297-3700 (phone)
(860) 525-9380 (fax)
rlanger@wiggin.com
ebeard@wiggin.com

*His Attorneys*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 30, 2011, a copy of the foregoing document was filed with the Court. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

/s/ Erik H. Beard
Erik H. Beard

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| PAUL LIS and | :   CIVIL ACTION NO. 3:11cv01057 (AWT) |
| DJ PAULIE BROADCASTING LLC | : |
|     Plaintiffs, | : |
| v. | : |
| PAUL DELVECCHIO, JR;<br>495 PRODUCTIONS; VIACOM, INC;<br>UMG RECORDINGS, INC.; FIESTA<br>PALMS LLC d/b/a Palms Casino<br>Resort; BASKIN-ROBBINS, INC.;<br>HEARST COMMUNICATIONS, INC.;<br>ROOM960 LLC; and<br>JOHN DOE(S) 1-999 | : |
|     Defendants | :   AUGUST 30, 2011 |

**AFFIDAVIT OF CHRISTINE K. BUSH IN SUPPORT OF**
**MOTION FOR PERMISSION TO APPEAR *PRO HAC VICE***

CHRISTINE K. BUSH, being duly sworn, states:

1. I am over the age of eighteen years, understand the meaning and obligations of an oath, and am competent to testify to the matters set forth in this affidavit. I respectfully apply for this Court's permission for me to appear *pro hac vice* as attorney for Defendant Paul Delvecchio, Jr..

2. I am an attorney in the law firm law firm of Scott Bush Ltd., 30 Kennedy Plaza, 4th Floor, Providence, Rhode Island 02903, telephone: (401) 8652-6035, fax: (401) 865-6039, e-mail: cbush@scottbushlaw.com.

3. I am a member in good standing of the bars of the State of Rhode Island and the Commonwealth of Massachusetts. I am also admitted to practice in the United States Courts of Appeals for the First Circuit and the Federal Circuit and the United States District Courts for the District of Rhode Island, the District of Massachusetts, and the Eastern District of Wisconsin.

4. There are no disciplinary proceedings pending against me in any jurisdiction.

5. I have never been denied admission to the United States District Court of Connecticut or any other Court in any jurisdiction.

6. I am familiar with the Local Rules of the United States District Court for the District of Connecticut.

_____
Christine K. Bush

Subscribed and sworn to before me this 29th day of August, 2011.

_____
Notary Public
My Commission Expires: 8/25/14