# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| | | |
|---|---|---|
| PAUL LIS, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) Case No. | 11-CV-01057-AWT |
| PAUL DELVECCHIO, et al. | ) | |
| *Defendant* | ) | |

## NOTICE OF APPEARANCE

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Paul DelVecchio, Jr.

Date:   September 2, 2011

*Attorney's signature*

Craig M. Scott, Esq. (phv04929)
*Printed name and bar number*

Scott & Bush Ltd., 30 Kennedy Plaza, 4th Floor, Providence, Rhode Island   02903
*Address*

cscott@scottbushlaw.com
*E-mail address*

(401) 865-6035
*Telephone number*

(401) 865-6039
*FAX number*

*Rev. 5/4/2011*

## CERTIFICATE OF SERVICE

I hereby certify that on  September 2, 2011 , a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to [Below list the names and addresses of anyone unable to accept electronic filing] as indicate on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

_____
*Attorney's signature*