# EXHIBIT A

# FILING RECEIPT FOR TRADEMARK APPLICATION

Feb 9, 2007

This acknowledges receipt on the FILING DATE of the application for registration for the mark identified below. The FILING DATE is contingent upon all minimum filing date requirements being met. Your application will be considered in the order in which it was received. Please review the status of your application every six months from the filing date of your application. You can check the status of your application on-line at http://tarr.uspto.gov/ or by contacting the Trademark Assistance Center at 1-800-786-9199. Also, documents in the electronic file for pending applications can be viewed and downloaded at http://www.uspto.gov/.

JASON BOGLI
Law Office of Jason Bogli
198R SALMON BROOK ST
GRANBY, CT 06035-2435

**ATTORNEY
REFERENCE NUMBER**

## PLEASE REVIEW THE ACCURACY OF THE FILING RECEIPT DATA.

A request for correction to the filing receipt should be submitted within 30 days. Such requests may be submitted by mail to: COMMISSIONER FOR TRADEMARKS, P.O. BOX 1451, ALEXANDRIA, VIRGINIA 22313-1451; by fax to 571-273-9913; or by e-mail to tmfiling.receipt@uspto.gov. The USPTO will review the request and make corrections when appropriate.

| | |
|---|---|
| SERIAL NUMBER: | 76/671948 |
| FILING DATE: | Jan 29, 2007 |
| REGISTER: | Principal |
| MARK: | DJ PAULIE |
| MARK TYPE(S): | Service Mark |
| DRAWING TYPE: | Standard Character Mark |
| FILING BASIS: | Sect. 1(a) (Use in Commerce) |

ATTORNEY: Jason Bogli

OWNER: Lis, Paul (UNITED STATES, Individual)
83 Songbird Lane
Farmington, CONNECTICUT 06032

FOR: ENTERTAINMENT SERVICES IN THE NATURE OF DISC JOCKEY SERVICES
INT. CLASS: 041
FIRST USE: Jan 1, 1980       USE IN COMMERCE: Jan 1, 1980

ALL OF THE GOODS/SERVICES IN EACH CLASS ARE LISTED

ADDITIONAL INFORMATION MAY BE PRESENT IN THE USPTO RECORDS



01-29-2007
U.S. Patent & TMOfc/TM Mail Rcpt Dt. #51

76671948

TRADEMARK APPLICATION SERIAL NO. _____

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

01/30/2007 GTHOMAS2 00000025 76671948
01 FC:6001                   375.00 OP

# EMBEDDED MARK

PTO-1555
(5/87)

U.S. Patent & TM Ofc/TM
76671948

## THE LAW OFFICE OF
# JASON BOGLI, L.L.C.

198-R Salmon Brook Street
Granby, CT 06035

Licensed in Connecticut and New York
jboglilaw@cox.net
phone: 860-413-9230
fax: 860-413-9342

40 Larson Plaza
Yonkers, NY 10701

January 22, 2007

Commissioner for Trademarks
P.O. Box 1451
Alexandria, VA 22313-1451

Re: DJ Paulie Trademark Application:

Dear USPTO:

Please find enclosed trademark application for DJ Paulie. Enclosed is filing fee for $375.

Best regards,

Jason Bogli



01-29-2007

U.S. Patent & TMOffc/TM Mail Rcpt Dt. #81

## Trademark/Service Mark Application, Principal Register

To the Commissioner for Trademarks:

MARK: (Standard Characters, see mark)

The mark consists of standard characters, without claim to any particular font, style, size, or color.

The literal element of the mark consists DJ PAULIE.

The applicant, Paul Lis, a citizen of United States, residing at 83 Songbird Lane, Farmington, Connecticut, United States, 06032, requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended.

The applicant, or the applicant's related company or licensee, is using the mark in commerce, and lists below the dates of use by the applicant, or the applicant's related company, licensee, or predecessor in interest, of the mark on or in connection with the identified goods and/or services. 15 U.S.C. Section 1151(a), as amended.

International Class 041: ENTERTAINMENT SERVICES IN THE NATURE OF DISC JOCKEY SERVICES

In International Class 041, the mark was first used at least as early as 01/01/1980, and first used in commerce at least as early as 01/01/1980, and is now in use in such commerce. The applicant is submitting or will submit one specimen for *each class* showing the mark as used in commerce on or in connection with any item in the class of listed goods and/or services, consisting of a(n) WEBPAGE CONSISTING OF DESCRIPTION OF SERVICES.

Specimen - 1: [No-Image-File.jpg]

The applicant hereby appoints Jason Bogli of Law Office of Jason Bogli, 198R Salmon Brook Street, Granby, Connecticut, United States, 06035 to submit this application on behalf of the applicant.

The USPTO is authorized to communicate with the applicant or its representative at the following email address: jboglilaw@cox.net.

A fee payment in the amount of $325 will be submitted with the application, representing payment for 1 class(es).

**76671948**

Trademark/Service Mark Application, Principal Register                Page 2 of 2

**APPLICANT NAME:** Paul Lis
**MARK:** (standard characters)

### Declaration

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements, and the like, may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. Section 1051(b), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her own knowledge are true; and that all statements made on information and belief are believed to be true.

Signature: [signature]                    Date: 8-27-06
Signatory's Name: Jason Bosu
Signatory's Position: Attorney

**NOTE TO APPLICANT:** When filed as part of the electronic form (i.e., scanned and attached as an image file), the signature page **must** include both the signature information **and** the boilerplate declaration language. Do not include the entire application, but do ensure that the boilerplate declaration language actually appears; *a signature by itself will not be acceptable*. If, due to browser limitations, the boilerplate declaration language appears on a previous page when printed, you must "merge" the declaration and signature block onto a single page prior to signing, so that the *one complete page* can be scanned to create an acceptable image file. It is recommended that you copy-and-paste the entire text form into another document, manipulate the spacing there to move the declaration and signature section to a separate page, and then print this new version of the text form to send to the signatory.

Go Back

# EXHIBIT B

PTO Form 1478 (Rev 9/2006)
OMB No. 0851-0009 (Exp 12/31/2008)

# Trademark/Service Mark Application, Principal Register

Serial Number: 77463073
Filing Date: 05/01/2008

The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| SERIAL NUMBER | 77463073 |
| MARK INFORMATION | |
| *MARK | DJ Paulie |
| STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| LITERAL ELEMENT | DJ Paulie |
| MARK STATEMENT | The mark consists of standard characters, without claim to any particular font, style, size, or color. |
| REGISTER | Principal |
| APPLICANT INFORMATION | |
| *OWNER OF MARK | Paul Lis |
| *STREET | 83 Songbird Lane |
| *CITY | Farmington |
| *STATE (Required for U.S. applicants) | Connecticut |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE (Required for U.S. applicants only) | 06032 |
| LEGAL ENTITY INFORMATION | |
| TYPE | individual |

| COUNTRY OF CITIZENSHIP | United States |
|---|---|
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** ||
| *INTERNATIONAL CLASS | 041 |
| *IDENTIFICATION | entertainment services in the nature of disc jockey services |
| FILING BASIS | SECTION 1(a) |
| FIRST USE ANYWHERE DATE | At least as early as 09/15/1973 |
| FIRST USE IN COMMERCE DATE | At least as early as 09/15/1973 |
| **SPECIMEN FILE NAME(S)** ||
| ORIGINAL PDF FILE | spec-7423998198-140656585_._Logo.pdf |
| CONVERTED PDF FILE(S) (1 page) | \\TICRS\EXPORT\IMAGEOUT\774\630\77463073\xml1\APP0003.JPG |
| SPECIMEN DESCRIPTION | Letterhead used in connection with promoting business activities |
| **ATTORNEY INFORMATION** ||
| NAME | Norman Gillis |
| STREET | 11 Music Circle South, Ste. 104 |
| CITY | Nashville |
| STATE | Tennessee |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 37203 |
| EMAIL ADDRESS | normangillisandassociates@gmail.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| **CORRESPONDENCE INFORMATION** ||
| NAME | Norman Gillis |
| STREET | 11 Music Circle South, Ste. 104 |
| CITY | Nashville |
| STATE | Tennessee |
| COUNTRY | United States |

| | |
|---|---|
| ZIP/POSTAL CODE | 37203 |
| EMAIL ADDRESS | normangillisandassociates@gmail.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| **FEE INFORMATION** | |
| NUMBER OF CLASSES | 1 |
| FEE PER CLASS | 325 |
| *TOTAL FEE DUE | 325 |
| *TOTAL FEE PAID | 325 |
| **SIGNATURE INFORMATION** | |
| SIGNATURE | /ngillisIII/ |
| SIGNATORY'S NAME | Norman Gillis |
| SIGNATORY'S POSITION | Attorney |
| DATE SIGNED | 05/01/2008 |

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 12/31/2008)

# Trademark/Service Mark Application, Principal Register

Serial Number: 77463073
Filing Date: 05/01/2008

## To the Commissioner for Trademarks:

**MARK:** DJ Paulie (Standard Characters, see mark)
The literal element of the mark consists of DJ Paulie.
The mark consists of standard characters, without claim to any particular font, style, size, or color.

The applicant, Paul Lis, a citizen of United States, having an address of
    83 Songbird Lane
    Farmington, Connecticut 06032
    United States
requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended.

    International Class 041:  entertainment services in the nature of disc jockey services

Use in Commerce: The applicant is using the mark in commerce, or the applicant's related company or licensee is using the mark in commerce, or the applicant's predecessor in interest used the mark in commerce, on or in connection with the identified goods and/or services. 15 U.S.C. Section 1051(a), as amended.

In International Class 041, the mark was first used at least as early as 09/15/1973, and first used in commerce at least as early as 09/15/1973, and is now in use in such commerce. The applicant is submitting one specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods and/or services, consisting of a(n) Letterhead used in connection with promoting business activities.

**Original PDF file:**
spec-7423998198-140656585_._Logo.pdf
**Converted PDF file(s) (1 page)**
Specimen File1


The applicant hereby appoints Norman Gillis
    11 Music Circle South, Ste. 104
    Nashville, Tennessee 37203
    United States
to submit this application on behalf of the applicant.
  Correspondence Information: Norman Gillis
               11 Music Circle South, Ste. 104

Nashville, Tennessee 37203
normangillisandassociates@gmail.com (authorized)

A fee payment in the amount of $325 has been submitted with the application, representing payment for 1 class(es).

### Declaration

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements, and the like, may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. Section 1051(b), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her own knowledge are true; and that all statements made on information and belief are believed to be true.

Signature: /ngillisIII/   Date Signed: 05/01/2008
Signatory's Name: Norman Gillis
Signatory's Position: Attorney


RAM Sale Number: 11137
RAM Accounting Date: 05/01/2008

Serial Number: 77463073
Internet Transmission Date: Thu May 01 14:19:16 EDT 2008
TEAS Stamp: USPTO/BAS-74.239.98.198-2008050114191684
0869-77463073-40013be28c1899354e12c733de
7433ac2b-CC-11137-20080501140656585587

# DJ Paulie

 DJ Paulie
23 Valley Crest Drive, West Hartford, CT. 06110,Tel: (203) 561-0694

# EXHIBIT C

PTO Form 1553 (Rev 9/2005)
OMB No. 0651-0054 (Exp. 09/30/2011)

# Trademark/Service Mark Statement of Use
## (15 U.S.C. Section 1051(d))

To the Commissioner for Trademarks:

**MARK:** YOUSHOOK
**SERIAL NUMBER:** 77463118

The applicant, Lis, Paul, having an address of
    83 Songbird Lane
    Farmington, Connecticut 06032
    United States
is submitting the following allegation of use information:

For International Class 041:
Current identification: Online journals, namely, blogs and video journals featuring music and entertainment

The mark is in use in commerce on or in connection with all goods or services listed in the application or Notice of Allowance or as subsequently modified for this specific class

The mark was first used by the applicant, or the applicant's related company, licensee, or predecessor in interest at least as early as 04/10/2007, and first used in commerce at least as early as 04/10/2007, and is now in use in such commerce. The applicant is submitting one specimen for the class showing the mark as used in commerce on or in connection with any item in the class, consisting of a(n) Scanned pages of information/advertising booklet for prospective advertisers..
Specimen File1
Specimen File2
Specimen File3


The applicant is not filing a Request to Divide with this Allegation of Use form.


A fee payment in the amount of $100 will be submitted with the form, representing payment for the allegation of use for 1 class.


### Declaration

Applicant requests registration of the above-identified trademark/service mark in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq., as amended). Applicant is the owner of the mark sought to be registered, and is using the mark in commerce on or in connection with the goods/services identified above, as evidenced by the

attached specimen(s) showing the mark as used in commerce.

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements may jeopardize the validity of the form or any resulting registration, declares that he/she is properly authorized to execute this form on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the form is being filed under 15 U.S.C. Section 1126(d) or (e), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her own knowledge are true; and that all statements made on information and belief are believed to be true.

Signature: /Norman Gillis/    Date Signed: 06/30/2010
Signatory's Name: Norman Gillis
Signatory's Position: Attorney of record, Tennessee bar member

RAM Sale Number: 1593
RAM Accounting Date: 07/01/2010

Serial Number: 77463118
Internet Transmission Date: Wed Jun 30 15:06:42 EDT 2010
TEAS Stamp: USPTO/SOU-74.239.98.198-20100630150644220
2080-77463118-460dfda71c5ecf2f5cce14ab6e
62d7c399-CC-1593-20100630141152227197



YouShook

## Your Advertising Opportunity

- YouShook™ offers nine programming venues to choose from.
- We will strategically place your company message in the appropriate channel based on your customer demographic.
- Each package below contains four spots daily. Each spot is 15 seconds.

| | Weekly* | Monthly* |
|---|---|---|
| Number of Spots | 28 | 112 |
| Price | $700 | $2,500 |
| Your investment | $25 | $22 |

* Introductory pricing. All prices are subject to change.
* Maximum 12 months accepted at this one time special offer.

- Let us help you personalize an advertising package to fit your needs.
- Isn't it time to get your product or service known at a fair and reasonable price?



# YouShook™.com: A new advertising opportunity for your business!

Are you ready to tell millions of people about your product, services and brand? YouShook™.com, one of today's most talked-about entertainment websites, offers a new and exciting opportunity to reach your target audience.

Internet pioneer DJ Paulie has done it again! His weekly internet show from the 90s has evolved into an innovative website that blends the most popular music from around the world into an exciting new style of interactive entertainment. It's one of the fastest growing online music site. YouShook™ is currently ranking in the top 1% of all websites throughout the world.

## What is the YouShook™.com experience?

YouShook™'s unique music player is super fast and interactive, and features:

- Digital audio that you can rewind or fast-forward, like your iPod
- High-quality streaming audio 24/7
- Nine different unique channels covering today's most popular genre.
- Tomorrow's hottest music from around the world, showcased on YouShook™'s exclusive Worldwide Countdown Show™, a trademark weekly program that draws an international audience
- Celebrity interviews
- Family oriented programming
- Many new, exciting programs planned for future release

## Who is DJ Paulie?

DJ Paulie started his broadcast career at the age of 16, and has experienced incredible opportunities in the entertainment industry since then. Through the internet, he has realized his dream of transcending conventional radio for a new type of media programming.

According to the Wall Street Journal, DJ Paulie is "impressively creative without an end in sight" and "he is not afraid to think outside the box providing the utmost entertaining programming that just seems to work again and again."

DJ Paulie's newest website, YouShook™.com, is an exciting new style of interactive entertainment for world-wide audiences.



**Frequently Asked Questions**

**Q: What is the difference between YouShook™.com and Traditional Radio Stations?**

A: YouShook™ separates itself from traditional radio in a variety of different ways. First, our unique non offensive programming distinguishes us from everyone else. The viewers don't have to worry about the language in the songs or the content in our comedy bits. Our music selection is not too hard as well as being not too soft. It's the perfect #1 choice for listening at home or at work.  Secondly, we do not bombard our listeners with a third of the airtime listening to commercials. We prevent channel surfing by offering just enough effective ads for our advertisers and being strategically place by our programming department. This is more beneficial to everyone.

**Q: What sets YouShook™.com apart from Satellite and other Internet Stations?**

A: The same reasons as above apply but remember we are not just targeting a local audience but rather a worldwide audience. They want consistent entertainment that they can trust no matter where they live. We specialize in Entertainment and that's it. We have what to enjoy our premium programs and even our archive sections are free for the listener to enjoy if they happen to miss the first airing.

**Q: Will YouShook™.com offer other channels besides entertainment?**

A: We want to do what we know best. That's Entertainment!  Our success so far has been providing the hottest new music and celebrity interviews and news that viewers have been asking.  We specialize in Entertainment and that's it. We have what viewers are looking for without the countless numbers of other topics that they have to surf through. We are entertainment and only entertainment.

**Q: How can I learn more about advertising on YouShook™.com?**

A: YouShook™ offers various marketing packages for your product or services. Please go to the advertising tab on our website and answer a few basic questions. This will help us understand your company and your marketing needs. Our staff will put together a free no obligation on getting the best return for your advertising dollars. Remember our marketing strategy has a limited number and type of sponsors and advertisers that we will accept during a certain period. This is what separates us from our competition. We want you to get results for your ad dollars and for your company to stay with the YouShook™ family for many years to come.