# EXHIBIT D

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 12/31/2008)

# Trademark/Service Mark Application, Principal Register

Serial Number: 77463093
Filing Date: 05/01/2008

The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| SERIAL NUMBER | 77463093 |
| MARK INFORMATION | |
| *MARK | DJ Paulie's Worldwide Countdown |
| STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| LITERAL ELEMENT | DJ Paulie's Worldwide Countdown |
| MARK STATEMENT | The mark consists of standard characters, without claim to any particular font, style, size, or color. |
| REGISTER | Principal |
| APPLICANT INFORMATION | |
| *OWNER OF MARK | Paul Lis |
| *STREET | 83 Songbird Lane |
| *CITY | Farmington |
| *STATE (Required for U.S. applicants) | Connecticut |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE (Required for U.S. applicants only) | 06032 |
| LEGAL ENTITY INFORMATION | |
| TYPE | individual |
| COUNTRY OF CITIZENSHIP | United States |
| GOODS AND/OR SERVICES AND BASIS INFORMATION | |
| *INTERNATIONAL CLASS | 041 |
| | entertainment services in the nature of disc |

| *IDENTIFICATION | jockey services |
|---|---|
| FILING BASIS | SECTION 1(b) |
| **ATTORNEY INFORMATION** | |
| NAME | Norman Gillis |
| STREET | 11 Music Circle South, Ste. 104 |
| CITY | Nashville |
| STATE | Tennessee |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 37203 |
| EMAIL ADDRESS | normangillisandassociates@gmail.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| **CORRESPONDENCE INFORMATION** | |
| NAME | Norman Gillis |
| STREET | 11 Music Circle South, Ste. 104 |
| CITY | Nashville |
| STATE | Tennessee |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 37203 |
| EMAIL ADDRESS | normangillisandassociates@gmail.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| **FEE INFORMATION** | |
| NUMBER OF CLASSES | 1 |
| FEE PER CLASS | 325 |
| *TOTAL FEE DUE | 325 |
| *TOTAL FEE PAID | 325 |
| **SIGNATURE INFORMATION** | |
| SIGNATURE | /ngillisIII/ |
| SIGNATORY'S NAME | Norman Gillis |
| SIGNATORY'S POSITION | Attorney |
| DATE SIGNED | 05/01/2008 |

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 12/31/2008)

# Trademark/Service Mark Application, Principal Register

Serial Number: 77463093
Filing Date: 05/01/2008

## To the Commissioner for Trademarks:

**MARK:** DJ Paulie's Worldwide Countdown (Standard Characters, see mark)
The literal element of the mark consists of DJ Paulie's Worldwide Countdown.
The mark consists of standard characters, without claim to any particular font, style, size, or color.

The applicant, Paul Lis, a citizen of United States, having an address of
   83 Songbird Lane
   Farmington, Connecticut 06032
   United States
requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended.

   International Class 041: entertainment services in the nature of disc jockey services
Intent to Use: The applicant has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the identified goods and/or services. (15 U.S.C. Section 1051(b)).


The applicant hereby appoints Norman Gillis
   11 Music Circle South, Ste. 104
   Nashville, Tennessee 37203
   United States
to submit this application on behalf of the applicant.
Correspondence Information: Norman Gillis
               11 Music Circle South, Ste. 104
               Nashville, Tennessee 37203
               normangillisandassociates@gmail.com (authorized)

A fee payment in the amount of $325 has been submitted with the application, representing payment for 1 class(es).

### Declaration

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements, and the like, may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to

be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. Section 1051(b), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her own knowledge are true; and that all statements made on information and belief are believed to be true.

Signature: /ngillisIII/   Date Signed: 05/01/2008
Signatory's Name: Norman Gillis
Signatory's Position: Attorney


RAM Sale Number: 11228
RAM Accounting Date: 05/01/2008

Serial Number: 77463093
Internet Transmission Date: Thu May 01 14:25:58 EDT 2008
TEAS Stamp: USPTO/BAS-74.239.98.198-2008050114255837
1103-77463093-400848e79d22e998d06f394416
e87b6f1-CC-11228-20080501142002226427

# DJ Paulie's Worldwide Countdown

# EXHIBIT E

PTO Form 1553 (Rev 9/2005)
OMB No. 0651-0054 (Exp. 09/30/2011)

# Trademark/Service Mark Statement of Use
# (15 U.S.C. Section 1051(d))

The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| SERIAL NUMBER | 77463093 |
| LAW OFFICE ASSIGNED | LAW OFFICE 109 |
| EXTENSION OF USE | NO |
| MARK SECTION | |
| STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| LITERAL ELEMENT | DJ PAULIE'S WORLDWIDE COUNTDOWN |
| OWNER SECTION (current) | |
| NAME | Paul Lis |
| STREET | 83 Songbird Lane |
| CITY | Farmington |
| STATE | Connecticut |
| ZIP/POSTAL CODE | 06032 |
| COUNTRY | United States |
| OWNER SECTION (proposed) | |
| NAME | Paul Lis |
| STREET | 83 Songbird Lane |
| CITY | Farmington |
| STATE | Connecticut |
| ZIP/POSTAL CODE | 06032 |
| COUNTRY | United States |
| EMAIL | ngillis@comcast.net |
| GOODS AND/OR SERVICES SECTION | |

| INTERNATIONAL CLASS | 041 |
|---|---|
| CURRENT IDENTIFICATION | Entertainment services in the nature of disc jockey services |
| GOODS OR SERVICES | KEEP ALL LISTED |
| FIRST USE ANYWHERE DATE | 01/01/1994 |
| FIRST USE IN COMMERCE DATE | 04/23/2006 |
| SPECIMEN FILE NAME(S) | \\TICRS\EXPORT11\IMAGEOUT11\774\630\77463093\xml1\ SOU0002.JPG |
| SPECIMEN DESCRIPTION | Advertisement for sponsorship positions |
| REQUEST TO DIVIDE | NO |
| **PAYMENT SECTION** | |
| NUMBER OF CLASSES IN USE | 1 |
| SUBTOTAL AMOUNT [ALLEGATION OF USE FEE] | 100 |
| TOTAL AMOUNT | 100 |
| **SIGNATURE SECTION** | |
| DECLARATION SIGNATURE | /Norman Gillis/ |
| SIGNATORY'S NAME | Norman Gillis |
| SIGNATORY'S POSITION | Attorney, Tennessee bar member |
| DATE SIGNED | 07/12/2010 |
| **FILING INFORMATION** | |
| SUBMIT DATE | Mon Jul 12 14:52:13 EDT 2010 |
| TEAS STAMP | USPTO/SOU-74.239.98.198-20100712145213738584-77463093-460cd5dd9dab13cd29fe419133e6298e298-CC-1108-20100712133418610195 |

PTO Form 1553 (Rev 9/2005)
OMB No. 0651-0054 (Exp. 09/30/2011)

# Trademark/Service Mark Statement of Use
## (15 U.S.C. Section 1051(d))

To the Commissioner for Trademarks:

**MARK:** DJ PAULIE'S WORLDWIDE COUNTDOWN
**SERIAL NUMBER:** 77463093

The applicant, Paul Lis, having an address of
    83 Songbird Lane
    Farmington, Connecticut 06032
    United States
is submitting the following allegation of use information:

For International Class 041:
Current identification: Entertainment services in the nature of disc jockey services

The mark is in use in commerce on or in connection with all goods or services listed in the application or Notice of Allowance or as subsequently modified for this specific class

The mark was first used by the applicant, or the applicant's related company, licensee, or predecessor in interest at least as early as 01/01/1994, and first used in commerce at least as early as 04/23/2006, and is now in use in such commerce. The applicant is submitting one specimen for the class showing the mark as used in commerce on or in connection with any item in the class, consisting of a(n) Advertisement for sponsorship positions.
Specimen File1

The applicant is not filing a Request to Divide with this Allegation of Use form.

A fee payment in the amount of $100 will be submitted with the form, representing payment for the allegation of use for 1 class.

## Declaration

Applicant requests registration of the above-identified trademark/service mark in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq., as amended). Applicant is the owner of the mark sought to be registered, and is using the mark in commerce on or in connection with the goods/services identified above, as evidenced by the attached specimen(s) showing the mark as used in commerce.

The undersigned, being hereby warned that willful false statements and the like so made are punishable by

fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements may jeopardize the validity of the form or any resulting registration, declares that he/she is properly authorized to execute this form on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the form is being filed under 15 U.S.C. Section 1126(d) or (e), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her own knowledge are true; and that all statements made on information and belief are believed to be true.

Signature: /Norman Gillis/     Date Signed: 07/12/2010
Signatory's Name: Norman Gillis
Signatory's Position: Attorney, Tennessee bar member

RAM Sale Number: 1108
RAM Accounting Date: 07/13/2010

Serial Number: 77463093
Internet Transmission Date: Mon Jul 12 14:52:13 EDT 2010
TEAS Stamp: USPTO/SOU-74.239.98.198-20100712145213738584-77463093-460cd5dd9dab13cd29fe419133e6298e298-CC-1108-20100712133418610195



# DJ Paulie's Worldwide Countdown

- Sponsorship Positions available

Since DJ Paulie's Worldwide Countdown was featured on the weekend edition of the DJ Paulie Show back in 1993 hundreds of unheard or little known recording artist were introduce to the DJ Paulie Internet audience. Never before could you find the biggest hits from around the world in just one convenient location.

DJ Paulie's WorldWide Countdown is a Showcase event that brings you the biggest hits from around the globe each and every week on Youshook.com. This archive feature show tallies up all the hits not just here in the U.S. but also on the charts from several different Countries. YouShook has developed a unique formula that does the ranking for you. Imagine hearing a smash hit from another Country way before Traditional radio plays it. Now you don't have to wait 6 months to a years time for a label or distributor to bring the song from the recording artist homeland. You get to hear tomorrow's Hits today.

DJ Paulie and Youshook.com are now seeking sponsors that want to part of this unique featured program. Here is the opportunity of a lifetime to get your companies products or services known to our listeners from around the world. Sponsorship positions are limited and will be sold on a first come fires serve basis.

Interested in finding out how you and your company can be part of this golden opportunity? Call Youshook.com today at: 860.404.2415 or better yet visit the DJ Paulie's Worldwide Countdown website on Youshook.com to experience it yourself. Remember it's not a true hit until it makes it on DJ Paulie's Worldwide Countdown.