## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

PAUL LIS and      :    CIVIL ACTION NO: 3:11-cv-01057(AWT)
DJ PAULIE BROADCASTING LLC,    :

     Plaintiffs,      :

v.      :

PAUL DELVECHHIO, JR.,      :
495 PRODUCTIONS, VIACOM, INC.,    :
UMG RECORDINGS, INC., FIESTA    :
PALMS, LLC, BASKIN-ROBBINS, INC.,   :
HEARST COMMUNICATIONS, INC.,    :
ROOM960 LLC, and JOHN DOE(S) 1-999   :

     Defendants      :    SEPTEMBER 12, 2011

### APPEARANCE

Please enter my appearance on behalf of the Defendant, Viacom Media Networks.

Dated: September 12, 2011          RESPECTFULLY SUBMITTED,

THE DEFENDANT,
VIACOM MEDIA NETWORKS

By:_____
Lee Friend Lizotte
Federal Bar No.: ct 27428
McCarter & English LLP
City Place I
185 Asylum Street
Hartford, Connecticut 06103
Telephone: (860) 275-6700
Facsimile: (860) 724-3397
llizotte@mccarter.com

ME1 12242603v.1

## <u>CERTIFICATE OF SERVICE</u>

I certify that on September 12, 2011, a copy of the foregoing document was filed with the Court. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated in the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

_____
Lee Friend Lizotte

ME1 12242603v.1