| | |
|---|---|
| PAUL LIS and<br>DJ PAULIE BROADCASTING LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>PAUL DELVECHHIO, JR.,<br>495 PRODUCTIONS, VIACOM, INC.,<br>UMG RECORDINGS, INC., FIESTA<br>PALMS, LLC, BASKIN-ROBBINS, INC.,<br>HEARST COMMUNICATIONS, INC.,<br>ROOM960 LLC, and JOHN DOE(S) 1-999<br><br>    Defendants | : CIVIL ACTION NO: 3:11-cv-01057(AWT)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: SEPTEMBER 12, 2011 |

## VIACOM MEDIA NETWORKS' DISCLOSURE PURSUANT TO RULE 7.1(a)

Pursuant to Federal Rule of Civil Procedure 7.1(a), Defendant Viacom Media Networks, a division of Viacom International Inc. ("Viacom"), named here in as Viacom Inc. d/b/a/ MTV Networks, by and through its undersigned attorneys, Davis Wright Tremaine LLP and McCarter & English, LLP, states:

1. Defendant Viacom Media Networks, formerly known as MTV Networks, is a wholly owned division of Viacom International Inc.;

2. Viacom International Inc. is a wholly owned subsidiary of Defendant Viacom Inc.; and

3. Defendant Viacom Inc. is a publicly held company with no parent corporation, and no publicly held company owns 10% or more of Viacom Inc.'s stock.

ME1 12244165v.1

RESPECTFULLY SUBMITTED,

THE DEFENDANT,
VIACOM MEDIA NETWORKS

BY ITS ATTORNEYS

By: /s/ Lee Friend Lizotte
Lee Friend Lizotte (ct27428)
McCarter & English LLP
City Place I
185 Asylum Street
Hartford, Connecticut 06103
Telephone: (860) 275-6700
Facsimile: (860) 724-3397
llizotte@mccarter.com

Of Counsel:

Marcia B. Paul (phv admission pending)
Deborah A. Adler (phv admission pending)
Davis Wright Tremaine LLP
1633 Broadway, 27th Floor
New York, NY 10019
Telephone: (212) 489-8230
Facsimile: (212) 489-8340
marciapaul@cdwt.com
deborahadler@dwt.com

## CERTIFICATE OF SERVICE

I certify that on September 12, 2011, a copy of the foregoing document was filed with the Court. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated in the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

_____
Lee Friend Lizotte

ME1 12244165v.1