UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PAUL LIS and<br>DJ PAULIE BROADCASTING LLC | : | CIVIL ACTION NO.<br>3:11-CV-01057-AWT |
| Plaintiffs,<br>v. | : : : | |
| PAUL DELVECCHIO, JR;<br>495 PRODUCTIONS; VIACOM, INC.;<br>UMG RECORDINGS, INC.; FIESTA<br>PALMS LLC d/b/a Palms Casino<br>Resort; BASKIN-ROBBINS, INC.;<br>HEARST COMMUNICATIONS, INC.;<br>ROOM960 LLC; and<br>JOHN DOE9S) 1-999 | : : : : : : : | |
| Defendants. | : | SEPTEMBER 23, 2011 |

## APPEARANCE

To the Clerk of this Court and all parties of record, please enter my appearance in this case for the following defendant: BASKIN-ROBBINS, INC.

DEFENDANT, BASKIN-ROBBINS, INC.

By:    /s/ Robert M. Langer
Robert M. Langer (ct06305)
Wiggin and Dana LLP
One CityPlace
185 Asylum Street
Hartford, CT 06103-3402
Tel. (860) 297-3700
Fax. (860) 525-9380
Email: rlanger@wiggin.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| PAUL DELVECCHIO, JR; <br> 495 PRODUCTIONS; VIACOM, INC.; <br> UMG RECORDINGS, INC.; FIESTA <br> PALMS LLC d/b/a Palms Casino <br> Resort; BASKIN-ROBBINS, INC.; <br> HEARST COMMUNICATIONS, INC.; <br> ROOM960 LLC; and <br> JOHN DOE9S) 1-999 | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |
| Defendants. | :     SEPTEMBER 23, 2011 |

## CERTIFICATE OF SERVICE

I hereby certify that on September 23, 2011, a copy of the foregoing Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                                         */s/Robert M. Langer*
                                                      Robert M. Langer (ct06305)
                                                      Wiggin and Dana LLP
                                                      One CityPlace
                                                      185 Asylum Street
                                                      Hartford, CT 06103-3402
                                                      Tel. (860) 297-3700
                                                      Fax. (860) 525-9380
                                                      Email: rlanger@wiggin.com