UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PAUL LIS and | : | CIVIL ACTION NO. |
| DJ PAULIE BROADCASTING LLC | : | 3:11-CV-01057-AWT |
| | : | |
| Plaintiffs, | : | |
| v. | : | |
| | : | |
| PAUL DELVECCHIO, JR; | : | |
| 495 PRODUCTIONS; VIACOM, INC.; | : | |
| UMG RECORDINGS, INC.; FIESTA | : | |
| PALMS LLC d/b/a Palms Casino | : | |
| Resort; BASKIN-ROBBINS, INC.; | : | |
| HEARST COMMUNICATIONS, INC.; | : | |
| ROOM960 LLC; and | : | |
| JOHN DOE9S) 1-999 | : | |
| | : | |
| Defendants. | : | SEPTEMBER 23, 2011 |

## APPEARANCE

To the Clerk of this Court and all parties of record, please enter my appearance in this case for the following defendant: BASKIN-ROBBINS, INC.

DEFENDANT, BASKIN-ROBBINS, INC.

By:   /s/ Erik H. Beard
Erik H. Bead (ct26941)
Wiggin and Dana LLP
One CityPlace
185 Asylum Street
Hartford, CT 06103-3402
Tel. (860) 297-3700
Fax. (860) 525-9380
Email: ebeard@wiggin.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

PAUL DELVECCHIO, JR; :
495 PRODUCTIONS; VIACOM, INC.; :
UMG RECORDINGS, INC.; FIESTA :
PALMS LLC d/b/a Palms Casino :
Resort; BASKIN-ROBBINS, INC.; :
HEARST COMMUNICATIONS, INC.; :
ROOM960 LLC; and :
JOHN DOE9S) 1-999 :
 :
    Defendants. : SEPTEMBER 23, 2011

## CERTIFICATE OF SERVICE

I hereby certify that on September 23, 2011, a copy of the foregoing Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                                               */s/ Erik H. Beard*
                                            Erik H. Beard (ct26941)
                                            Wiggin and Dana LLP
                                            One CityPlace
                                            185 Asylum Street
                                            Hartford, CT 06103-3402
                                            Tel. (860) 297-3700
                                            Fax. (860) 525-9380
                                            Email: ebeard@wiggin.com