UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| PAUL LIS and<br>DJ PAULIE BROADCASTING LLC<br><br>    Plaintiffs,<br><br>v.<br><br>PAUL DELVECCHIO, JR;<br>495 PRODUCTIONS; VIACOM, INC;<br>UMG RECORDINGS, INC.; FIESTA<br>PALMS LLC d/b/a Palms Casino<br>Resort; BASKIN-ROBBINS, INC.;<br>HEARST COMMUNICATIONS, INC.;<br>ROOM960 LLC; and<br>JOHN DOE(S) 1-999<br>    Defendants | C.A. NO.  3:11cv01057 (AWT)<br><br><br><br><br><br><br><br><br><br><br><br><br><br>SEPTEMBER 22, 2011 |

## DISCLOSURE STATEMENT OF BASKIN-ROBBINS, INC. PURSUANT TO FED. R. CIV. P. 7.1(a)

Pursuant to Fed. R. Civ. P. 7.1(a) Defendant, Baskin-Robbins, Inc. states:

1.  Defendant Baskin-Robbins, Inc., is a wholly owned subsidiary of Dunkin' Brands, Inc..

2.  No publicly held company owns 10% or more of the stock of Baskin-Robbins, Inc..

Respectfully submitted,

BASKIN-ROBBINS, INC.

By its attorneys


/s/ Erik H. Beard
Robert M. Langer (ct06305)
Erik H. Beard (ct26941)
WIGGIN AND DANA LLP
CityPlace I
185 Asylum Street
Hartford, CT 06103
(860) 297-3700 (phone)
(860) 525-9380 (fax)
rlanger@wiggin.com
ebeard@wiggin.com

Craig M. Scott (phv04929)
Christine K. Bush (phv04930)
Scott & Bush Ltd.
30 Kennedy Plaza, Fourth Floor
Providence, RI 02903
(401) 865-6035 (phone)
(401) 865-6039 (fax)
cscott@scottbushlaw.com
cbush@scottbushlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that the within *Corporate Disclosure Statement* was filed through the ECF system on the 22nd day of September, 2011, and will be sent electronically to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated in the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Erik H. Beard
Erik H. Beard (ct26941)
WIGGIN AND DANA LLP
CityPlace I
185 Asylum Street
Hartford, CT 06103
(860) 297-3700 (phone)
(860) 525-9380 (fax)
ebeard@wiggin.com

22346\1\2603328.1