## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT
## HARTFORD DIVISION

| | |
|---|---|
| PAUL LIS <br> DJ PAULIE BROADCASTING LLC, <br>                 Plaintiffs <br> <br> vs. <br> <br> PAUL DELVECCHIO, JR., <br> 495 PRODUCTIONS, VIACOM, INC., <br> UMG RECORDINGS, INC., FIESTA <br> PALMS, LLC, BASKIN-ROBBINS, INC., <br> HEARST COMMUNICATIONS, INC., <br> ROOM960 LLC, and JOHN DOE(S) 1-999 <br>                 Defendants | Civil Action No. 11-cv-01057 <br> (AWT) <br> <br> SEPTEMBER 22, 2011 |

## **NOTICE OF APPEARANCE**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Fiesta Palms LLC, d/b/a Palms Resort Casino.

                                                  Respectfully submitted,

                                                  **FIESTA PALMS LLC, D/B/A PALMS RESORT CASINO,**

                                                  By its attorneys,

                                                  /s/ Edward J. Naughton <br>
                                                  Edward J. Naughton (ct 20822) <br>
                                                  BROWN RUDNICK LLP <br>
                                                  One Financial Center <br>
                                                  Boston, MA 02111 <br>
                                                  617.856.8200 <br>
                                                  enaughton@brownrudnick.com

Dated:  September 22, 2011

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

                                                      /s/ Edward J. Naughton
                                                      Edward J. Naughton

Dated:  September 22, 2011

\# 1857992 v1 - VEENEMSM - 029771/0001