UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

| | |
|---|---|
| )<br>PAUL LIS )<br>DJ PAULIE BROADCASTING LLC, )<br>                Plaintiffs )<br> )<br> )<br> )<br>vs. )<br> )<br>PAUL DELVECCHIO, JR., )<br>495 PRODUCTIONS, VIACOM, INC., )<br>UMG RECORDINGS, INC., FIESTA )<br>PALMS, LLC, BASKIN-ROBBINS, INC., )<br>HEARST COMMUNICATIONS, INC., )<br>ROOM960 LLC, and JOHN DOE(S) 1-999 )<br>                Defendants )<br> ) | Civil Action No. 11-cv-01057<br>(AWT)<br><br>SEPTEMBER 22, 2011 |

**DEFENDANT FIESTA PALMS, LLC'S ASSENTED-TO MOTION
FOR EXTENSION OF TIME IN WHICH TO ANSWER OR
OTHERWISE RESPOND TO THE COMPLAINT**

Pursuant to Local Rule 7(b)(1)(a), defendant Fiesta Palms, LLC, d/b/a the Palms Casino Resort (the "Palms"), without waiving any defenses or any matters that might be presented pursuant to Federal Rule of Civil Procedure 12(b) or any other rule or law, respectfully files this motion for an extension of time in which to answer or otherwise respond to the Complaint for Trademark Infringement filed by Paul Lis and DJ Paulie Broadcasting, LLC (collectively, "Plaintiffs") for the reasons that follow.  This is the first such motion filed on the Palms' behalf.

The Plaintiffs commenced this action on June 30, 2011.  On or around July 25, 2011, they served a request for waiver of service on the Palms' registered agent in Las Vegas, Nevada.  The Palms' registered agent, a law firm located in Las Vegas, Nevada, executed the waiver of service on August 24, 2011, and served it on the Plaintiffs' counsel.  The Palms then retained its

undersigned counsel on or around August 29, 2011. Since that date, the Palms, through its counsel, has focused on commencing a dialogue with Plaintiffs' counsel in an effort to explore ways to avoid unnecessary motion practice in connection with this matter, as well as to explore a possible resolution of this action as it pertains to the Palms. Due to a number of factors, counsel for the parties have only recently begun to confer.

In order to provide the parties time in which to discuss this matter and explore alternatives to motion practice and protracted litigation, and in order to provide the Palms adequate time in which to investigate the basis for its inclusion in this action and the allegations asserted against it, the Palms respectfully requests an additional thirty (30) days, up to and including October 24, 2011, in which to file a response to the Complaint. The Plaintiffs, through their counsel, have assented to this motion.

Respectfully submitted,

**FIESTA PALMS LLC, D/B/A PALMS RESORT CASINO,**

By its attorney,

/s/ Edward J. Naughton
Edward J. Naughton (ct 20822)
BROWN RUDNICK LLP
One Financial Center
Boston, MA 02111
617.856.8200
enaughton@brownrudnick.com

Dated:  September 22, 2011

2

Assented to:

PAUL LIS and
DJ PAULIE BROADCASTING, LLC


/s/ Jose Rojas_____
Jose Rojas (Bar No. ct22569)
THE ROJAS LAW FIRM
40 Russ Street
Hartford, CT 06106-1520
(860) 232-3476
Email: rojas@therojaslawfirm.com


Dated:     September 22, 2011

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

                              /s/ Edward J. Naughton
                              Edward J. Naughton

## CERTIFICATE OF COMPLIANCE

      I hereby state that counsel for Fiesta Palms, LLC has complied with the requirements of Local Rule 7(b)(3).  Plaintiffs' counsel has assented to the instant motion.

                              /s/ Edward J. Naughton
                              Edward J. Naughton

Dated:  September 22, 2011

# 1857789 v1