# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| | | |
|---|---|---|
| **Paul Lis, et al.** | ) | |
| *Plaintiff* | ) | |
| | ) | |
| v. | ) | Case No.    **11-cv-01057** |
| **Paul DelVecchio, et al.** | ) | |
| *Defendant* | ) | |

## NOTICE OF APPEARANCE

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

**Baskin-Robbins, Inc.**

Date:    **September 23, 2011**

**/s/ Christine K. Bush**

*Attorney's signature*

**Christine K. Bush (phv04930)**

*Printed name and bar number*

**Scott & Bush Ltd., 30 Kennedy Plaza, 4th Floor, Providence, Rhode Island   02903**

*Address*

**cbush@scottbushlaw.com**

*E-mail address*

**(401) 865-6035**

*Telephone number*

**(401) 865-6039**

*FAX number*

*Rev. 5/4/2011*

# CERTIFICATE OF SERVICE

I hereby certify that on    **September 23, 2011**   , a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to [Below list the names and addresses of anyone unable to accept electronic filing] as indicate on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ **Christine K. Bush**

*Attorney's signature*