UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

| | |
|---|---|
| PAUL LIS<br>DJ PAULIE BROADCASTING LLC,<br>                 Plaintiffs<br><br>vs.<br><br>PAUL DELVECCHIO, JR.,<br>495 PRODUCTIONS, VIACOM, INC.,<br>UMG RECORDINGS, INC., FIESTA<br>PALMS, LLC, BASKIN-ROBBINS, INC.,<br>HEARST COMMUNICATIONS, INC.,<br>ROOM960 LLC, and JOHN DOE(S) 1-999<br>                 Defendants | Civil Action No. 11-cv-01057<br>(AWT)<br><br>SEPTEMBER 23, 2011 |

**MOTION TO PERMIT STEVEN M. VEENEMA TO APPEAR *PRO HAC VICE***

Pursuant to Local Rule 83.1(d), Defendant Fiesta Palms LLC d/b/a Palms Casino Resort (the "Palms") by and through their counsel, Edward J. Naughton of Brown Rudnick LLP, hereby move this Court to permit Steven M. Veenema to appear *pro hac vice* in this action on the Palms' behalf. In support of this motion, the Palms relies on the affidavit of Steven M. Veenema, which is being filed herewith, and states as follows:

1. Edward J. Naughton, an attorney in the law firm of Brown Rudnick LLP, has entered an appearance on behalf of Palms in this action, and is a member in good standing of the bar of this Court.

2. Steven M. Veenema ("Mr. Veenema") is an attorney in the law firm of Brown Rudnick LLP, with an office located at One Financial Center, in Boston, MA. Mr. Veenema is a member in good standing of the Supreme Judicial Court of Massachusetts, and is admitted to

1

practice before the United States District Court for the District of Massachusetts, as well as the First Circuit Court of Appeals. There are no disciplinary proceedings pending against Mr. Veenema in any jurisdiction.

    3.    Mr. Veenema has not been disciplined or denied admission by this Court or any other Court in any jurisdiction.

    4.    Mr. Veenema is familiar with the Local Rules of the United States District Court for the District of Connecticut.

    5.    Mr. Veenema has particular experience in civil litigation and, in particular, matters involving allegations of patent, trademark and copyright infringement.

    5.    The Affidavit of Steven M. Veenema in Support of this Motion to Permit Counsel to Appear Pro Hac Vice is attached hereto.

WHEREFORE, the Palms respectfully requests that this Court grant Steven M. Veenema's permission to appear *pro hac vice* in this matter.

Respectfully submitted,

**FIESTA PALMS LLC, D/B/A PALMS RESORT CASINO,**

By its attorneys,

/s/ Edward J. Naughton
Edward J. Naughton (ct 20822)
BROWN RUDNICK LLP
One Financial Center
Boston, MA 02111
617.856.8200
enaughton@brownrudnick.com

Dated: September 23, 2011

## CERTIFICATE OF SERVICE

I hereby certify that on September 23, 2011, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to any parties unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Edward J. Naughton
Edward J. Naughton

# 1857995

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

| | |
|---|---|
| PAUL LIS<br>DJ PAULIE BROADCASTING LLC,<br>                 Plaintiffs<br><br>vs.<br><br>PAUL DELVECCHIO, JR.,<br>495 PRODUCTIONS, VIACOM, INC.,<br>UMG RECORDINGS, INC., FIESTA<br>PALMS, LLC, BASKIN-ROBBINS, INC.,<br>HEARST COMMUNICATIONS, INC.,<br>ROOM960 LLC, and JOHN DOE(S) 1-999<br>                 Defendants | Civil Action No. 11-cv-01057<br>(AWT)<br><br>SEPTEMBER 22, 2011 |

### AFFIDAVIT OF STEVEN M. VEENEMA IN SUPPORT OF MOTION FOR PERMISSION TO APPEAR *PRO HAC VICE*

STEVEN M. VEENEMA, being duly sworn, states:

1. I am over the age of eighteen years, understand the meaning and obligations of an oath, and am competent to testify to the matters set forth in this affidavit. I respectfully apply for this Court's permission for me to appear *pro hac vice* as attorney for Defendant Fiesta Palms LLC d/b/a Palms Casino Resort ("Palms").

1. I am an attorney in the law firm of Brown Rudnick LLP, located at One Financial Center, in Boston, Massachusetts. My direct telephone number is 617-856-8141, and my e-mail is as follows: sveenema@brownrudnick.com.

2. I was admitted to the Massachusetts Bar in June of 2008.

1

3. I am a member in good standing of the Supreme Judicial Court of Massachusetts, and am admitted to practice before the United States District Court for the District of Massachusetts, as well as well as the First Circuit Court of Appeals.

4. There are no disciplinary proceedings pending against me in any jurisdiction.

5. I have never been denied admission to the United States District Court of Connecticut or any other court in any jurisdiction.

6. I am familiar with the Local Rules of the United States District Court for the District of Connecticut.

*Steven M. Veenema*

Subscribed and sworn to before me this 23rd day of September, 2011.

Notary Public
My Commission Expires: 8/22/2014

# 1858003 v1 - VEENEMSM - 029771/0001

2