UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PAUL LIS and DJ PAULIE BROADCASTING LLC, | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 11-cv-1057 (AWT) |
| v. | ) | |
| PAUL DELVECCHIO, JR., 495 PRODUCTIONS, VIACOM, INC., UMG RECORDINGS, INC., FIESTA PALMS, LLC, BASKIN ROBINS, INC., HEARST COMMUNICATIONS, INC., ROOM960 LLC,  and JOHN DOE(S) 1-999, | ) ) ) ) ) ) ) | |
| Defendants. | | |

PLEASE TAKE NOTICE that Cameron Stracher appears for defendant Hearst Communications, Inc., and that a copy of all notices and other papers herein are to be served upon the undersigned.

I certify that I am admitted to practice in this court.

Dated:  September 23, 2011         Respectfully submitted,

   /s/ Cameron Stracher
Cameron Stracher (ct28146)
4 North Pasture Rd.
Westport, CT 06880
(203) 222-7169 (phone & fax)
Email: cam@stracherlaw.com


**ATTORNEY FOR DEFENDANT
HEARST COMMUNICATIONS, INC.**

## CERTIFICATE OF SERVICE

I certify that on September 23, 2011, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.

/s/ Cameron Stracher
Cameron Stracher (ct28146)
4 North Pasture Rd.
Westport, CT 06880
(203) 222-7169 (phone & fax)
Email: cam@stracherlaw.com