UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| PAUL LIS and DJ PAULIE BROADCASTING LLC,<br><br>    Plaintiffs,<br>  v.<br>PAUL DELVECCHIO, JR., 495 PRODUCTIONS, VIACOM, INC., UMG RECORDINGS, INC., FIESTA PALMS, LLC, BASKIN ROBINS, INC., HEARST COMMUNICATIONS, INC., ROOM960 LLC, and JOHN DOE(S) 1-999,<br><br>    **Defendants.** | Case No. 11-cv-1057 (AWT) |

**CORPORATE DISCLOSURE STATEMENT OF**
**DEFENDANT HEARST COMMUNICATIONS, INC.**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.1 of this Court, defendant Hearst Communications, Inc., through its undersigned counsel, states that it is an indirect wholly-owned subsidiary of The Hearst Corporation, a privately-held company. No publicly held corporation owns 10% or more of Hearst Communications, Inc. stock.

Dated:  September 23, 2011   Respectfully submitted,

                   /s/ Cameron Stracher
                Cameron Stracher (ct 28146)
                4 North Pasture Rd.
                Westport, CT 06880
                (203) 222-7169 (phone & fax)
                Email: cam@stracherlaw.com

                **ATTORNEY FOR DEFENDANT**
                **HEARST COMMUNICATIONS, INC.**

## CERTIFICATE OF SERVICE

I certify that on September 23, 2011, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.

/s/ Cameron Stracher
Cameron Stracher (ct28146)
4 North Pasture Rd.
Westport, CT 06880
(203) 222-7169 (phone & fax)
Email: cam@stracherlaw.com