## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT
## HARTFORD DIVISION

| | |
|---|---|
| _____ ) | |
| PAUL LIS ) | |
| DJ PAULIE BROADCASTING LLC, ) | |
| Plaintiffs ) | |
| ) | Civil Action No. 11-cv-01057 |
| ) | (AWT) |
| vs. ) | |
| ) | |
| PAUL DELVECCHIO, JR., ) | SEPTEMBER 30, 2011 |
| 495 PRODUCTIONS, VIACOM, INC., ) | |
| UMG RECORDINGS, INC., FIESTA ) | |
| PALMS, LLC, BASKIN-ROBBINS, INC., ) | |
| HEARST COMMUNICATIONS, INC., ) | |
| ROOM960 LLC, and JOHN DOE(S) 1-999 ) | |
| Defendants ) | |
| _____ ) | |

**NOTICE OF APPEARANCE**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Fiesta Palms LLC, d/b/a Palms Resort Casino.

Respectfully submitted,

**FIESTA PALMS LLC, D/B/A PALMS RESORT CASINO,**

By its attorneys,

/s/ Steven M. Veenema
Steven M. Veenema (phv04987)
BROWN RUDNICK LLP
One Financial Center
Boston, MA 02111
617.856.8200
sveenema@brownrudnick.com

Dated:  September 30, 2011

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

                                        /s/ Steven M. Veenema
                                        Steven M. Veenema

Dated:  September 30, 2011

\# 1858038 v1 - VEENEMSM - 029771/0001