UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PAUL LIS, et al | : | No. 11-cv-01057-AWT |
| plaintiffs | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| PAUL DELVECCHIO, et al | : | OCTOBER 7, 2011 |

**PLAINTIFF'S REPLY TO DELVECCHIO'S AFFIRMATIVE DEFENSES
AND
ANSWER TO COUNTERCLAIM**

**Affirmative Defenses**

### First Defense

Plaintiff denies Defendant's First Defense.

### Second Defense

Plaintiff denies Defendant's Second Defense.

### Third Defense

Plaintiff denies Defendant's Third Defense.

### Fourth Defense

Plaintiff denies Defendant's Fourth Defense.

### Fifth Defense

Plaintiff denies Defendant's Fifth Defense.

### Sixth Defense

Plaintiff denies Defendant's Sixth Defense.

### Seventh Defense

Plaintiff denies Defendant's Seventh Defense.

### Eighth Defense

Plaintiff denies Defendant's Eighth Defense.

### Ninth Defense

Plaintiff denies Defendant's Ninth Defense.

### Reply to Counterclaim

1. Lis has insufficient knowledge and leaves counterclaim plaintiff to his proof.

2. Admitted.

3. This paragraph contains a conclusion of law for which no responsive pleading is required.  To the extent a response is required, Lis leaves counterclaim plaintiff to his proof.

4. This paragraph contains a conclusion of law for which no responsive pleading is required.  To the extent a response is required, Lis leaves counterclaim plaintiff to his proof.

5. This paragraph contains a conclusion of law for which no responsive pleading is required.  To the extent a response is required, Lis leaves counterclaim plaintiff to his proof.

6. Lis is without sufficient information to form a belief and therefore leaves counterclaim plaintiff to his proof.

7. Lis is without sufficient information to form a belief and therefore leaves counterclaim plaintiff to his proof.

8. Lis is without sufficient information to form a belief and therefore leaves counterclaim plaintiff to his proof.

9. Lis is without sufficient information to form a belief and therefore leaves counterclaim plaintiff to his proof.

10. Lis is without sufficient information to form a belief and therefore leaves counterclaim plaintiff to his proof.

11. Lis is without sufficient information to form a belief and therefore leaves counterclaim plaintiff to his proof.

12. Lis is without sufficient information to form a belief and therefore leaves counterclaim plaintiff to his proof.

13. Lis is without sufficient information to form a belief and therefore leaves counterclaim plaintiff to his proof.

14. Lis is without sufficient information to form a belief and therefore leaves counterclaim plaintiff to his proof.

15. Lis admits that Delvecchio has pending trademark applications for DJ Pauly D, but states that previous applications have been denied on the grounds of likelihood of confusion to the mark DJ Paulie.  The remaining allegations are denied.

16. Lis admits that Exhibit A appears to be a accurate photocopy of the First Lis Application filed on his behalf.  As to the remaining allegations, Exhibit A speaks for itself.  To the extent that the allegations contained in Paragraph 16 differ from the documents, they are denied.

17. Lis admits that a specimen was filed on his behalf. Said document(s) speak for itself. To the extent that the allegations contained in Paragraph 17 differ from the document(s), they are denied.

18. Any documents produced by the USPTO speak for themselves. To the extent that the allegations contained in Paragraph 18 differ from the document(s), they are denied.

19. Lis Admits that he did not file a written response to the May 18, 2007 Office Action, said Office Action which speaks for itself. The remaining allegations are denied.

20. Lis admits that the First Lis Application was deemed abandoned by the USPTO. Said Notice of Abandonment speaks for itself. The remaining allegations and implications are denied.

21. Any documents submitted to the USPTO or issued by the USPTO speak for themselves. To the extent that the allegations contained in Paragraph 21 differ from the document(s), they are denied.

22. Lis admits that a specimen was filed on his behalf. Any documents submitted to the USPTO or issued by the USPTO speak for themselves. To the extent that the allegations contained in Paragraph 22 differ from the document(s), they are denied.

23. Any documents submitted to the USPTO or issued by the USPTO speak for themselves. To the extent that the allegations contained in Paragraph 23 differ from the document(s), they are denied.

24. Admitted.

25. Lis admits that he appeared at the Cool Moose Cafe as DJ Paulie, and that during those appearances he was on occasion also referred to as Cousin Paulie.  As to the remaining allegations contained in Paragraph 25, Lis has insufficient knowledge to form a belief and therefore leaves the counterclaim plaintiff to his proof.

26. Lis admits that he filed for bankruptcy on or around February 12, 1997.  As to the document(s) filed with the Bankruptcy Court, or generated from the Bankruptcy Court, those document(s) speak for themselves.  To the extent the allegations contained in paragraph 26 differ from the document(s), they are denied.

27. Lis admits that he created a domain name www.djpaulie.com.  Plaintiff has insufficient knowledge or recollection with regard to the remaining allegations contained in paragraph 27 and therefore leaves counterclaim plaintiff to his proof.

28. Plaintiff has insufficient knowledge or recollection of the allegations contained in paragraph 28 and therefore leaves counterclaim plaintiff to his proof.

29. Plaintiff has insufficient knowledge or recollection of the allegations contained in paragraph 29 and therefore leaves counterclaim plaintiff to his proof.

30. Plaintiff has insufficient knowledge or recollection of the allegations contained in paragraph 30 and therefore leaves counterclaim plaintiff to his proof.

31. Denied.

32. Admitted.

33. Admitted that Lis, appearing as DJ Paulie®, plays music, including music created by other musical artists, on the www.youshook.com website.  It is further admitted

that said website contains the Youshook registered trademark.  With regard to any additional allegations or implications contained in paragraph 33, they are denied.

34. Admitted.

35. Lis admits that he submitted a statement of use and specimen for the mark Youshook.  Any documents submitted to the USPTO or issued by the USPTO speak for themselves.  To the extent that the allegations contained in Paragraph 35 differ from the document(s), they are denied.

36. Admitted.

37. Admitted.

38. Lis admits that the USPTO issued an Office Action.  Any documents submitted to the USPTO or issued by the USPTO speak for themselves.  To the extent that the allegations contained in Paragraph 38 differ from the document(s), they are denied.

39. Any documents submitted to the USPTO or issued by the USPTO speak for themselves.  To the extent that the allegations contained in Paragraph 39 differ from the document(s), they are denied.

40. Any documents submitted to the USPTO or issued by the USPTO speak for themselves.  To the extent that the allegations contained in Paragraph 40 differ from the document(s), they are denied.

41. Any documents submitted to the USPTO or issued by the USPTO speak for themselves.  To the extent that the allegations contained in Paragraph 41 differ from the document(s), they are denied.

42. Any documents submitted to the USPTO or issued by the USPTO speak for themselves.  To the extent that the allegations contained in Paragraph 42 differ from the document(s), they are denied.  As to the remaining allegations, Lis has insufficient knowledge or recollection to form a belief and therefore leaves the counter claim plaintiff to his proof.

43. Denied.

44. Admitted.

45. Denied.

46. Lis repeats and re-alleges the foregoing answers to the foregoing paragraphs as though fully set forth herein.

47. Denied.

48. Denied

49. Denied.

50. Denied.

51. Lis repeats and re-alleges the foregoing answers to the foregoing paragraphs as though fully set forth herein.

52. Denied.

53. Denied.

54. Denied.

55. Denied.

56. Lis repeats and re-alleges the foregoing answers to the foregoing paragraphs as though fully set forth herein.

57. Denied.

58. Denied.

59. Lis repeats and re-alleges the foregoing answers to the foregoing paragraphs as though fully set forth herein.

60. Denied.

61. Denied.

62. Denied.

Plaintiff denies each and all of counterclaim plaintiff's claims for relief.

Respectfully submitted,

_____/s/_____
Jose M. Rojas, Esq
The Rojas Law Firm, LLC
Federal Bar No. ct 22569
40 Russ Street
Hartford, CT 06106
(860) 232-3476
(866) 321-2422 (fax)
rojas@therojaslawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on the above date a copy of the foregoing was filed electronically. All parties of record will receive an electronic copy of same via the CM/ECF System.

_____/s/_____
Jose M. Rojas, Esq
The Rojas Law Firm, LLC
Federal Bar No. ct 22569
40 Russ Street
Hartford, CT 06106
(860) 232-3476
(866) 321-2422 (fax)
rojas@therojaslawfirm.com