UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PAUL LIS, et al | : | No. 11-cv-01057-AWT |
| plaintiffs | : | |
| | : | |
| v. | : | |
| | : | |
| PAUL DELVECCHIO, et al | : | OCTOBER 7, 2011 |
| defendants | | |

### COUNTERCLAIM DEFENDANT JOHN LIS' MOTION FOR EXTENSION OF TIME TO ANSWER DELVECCHIO'S COUNTERCLAIMS

Pursuant to Local Rule 7(b)(1)(a) Counterclaim Defendant, Paul Lis hereby respectfully moves for an extension of fifteen (15) days to respond to Mr. Delvecchio's Counterclaim. This is Mr. Lis' first such request.

It is noted that the original twenty-one day period to respond passed on September 23, 2011. The undersigned *intended* to file this motion prior to the expiration. However, in early September, the undersigned was on a family vacation. Upon returning from vacation the undersigned, amongst other things, was preparing for a trial in State Court matter that began on October 5, 2011. Due to inadvertence caused by the distraction of that trial, the undersigned failed to seek the extension as intended. When the inadvertence was realized, an answer was promptly prepared, and filed on October 7, 2011. There was no willful noncompliance, nor is there any prejudice caused. This case involves important matters that should be decided on the merits.

The undersigned contacted Mr. Delvecchio's counsel regarding this motion, who indicates that Mr. Delvecchio does not consent to this motion.

Respectfully submitted,

_____/s/_____
Jose M. Rojas, Esq
The Rojas Law Firm, LLC
Federal Bar No. ct 22569
40 Russ Street
Hartford, CT 06106
(860) 232-3476
(866) 321-2422 (fax)
rojas@therojaslawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on the above date a copy of the foregoing was filed electronically. All parties of record will receive an electronic copy of same via the CM/ECF System.

_____/s/_____
Jose M. Rojas, Esq
The Rojas Law Firm, LLC
Federal Bar No. ct 22569
40 Russ Street
Hartford, CT 06106
(860) 232-3476
(866) 321-2422 (fax)
rojas@therojaslawfirm.com