UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **PAUL LIS, et al** | : | No. 11-cv-01057-AWT |
| plaintiffs | : | |
| | : | |
| v. | : | |
| | : | |
| **PAUL DELVECCHIO, et al** | : | OCTOBER 10, 2011 |
| defendants | | |

## OBJECTION TO MOTION FOR DEFAULT

Paul Lis and DJ Paulie Broadcasting, LLC hereby object to Counterclaim plaintiff, Paul Delvecchio's motion for default. The motion with regard to DJ Paulie Broadcasting, LLC should be denied because the counterclaim appears to be addressed to Paul Lis only, not the limited liability company. A response by DJ Paulie Broadcasting is therefore not required.

The motion should also be denied with respect to Mr. Lis. Mr. Lis answered the Counterclaim on October 7, 2011. On that same date, Paul Lis filed a motion for extension of time *nunc pro tunc.* The motion for extension of time explains the reasons Mr. Lis' failure to file an extension or an answer in a timely fashion. In short, the delay was occasioned due to the oversight of counsel who was preparing for trial in an unrelated civil matter in State Court. There was no willful noncompliance on the part of Mr. Lis or his counsel. Indeed, as soon as the lateness was realized, an answer was promptly prepared and filed thereafter.

Although the answer was filed 14 days late, Mr. Lis is unaware of any prejudice suffered by Mr. Delvecchio arising from the late filing. In sharp contrast, a default would deprive Mr. Lis of a trial on the merits of significant issues and would result in significant injustice.

For the reasons stated, Mr. Lis respectfully objects to Mr. Delvecchio's motion for default.

          Respectfully submitted,

_____/s/_____
Jose M. Rojas, Esq
The Rojas Law Firm, LLC
Federal Bar No. ct 22569
40 Russ Street
Hartford, CT 06106
(860) 232-3476
(866) 321-2422 (fax)
rojas@therojaslawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on the above date a copy of the foregoing was filed electronically. All parties of record will receive an electronic copy of same via the CM/ECF System.

_____/s/_____
Jose M. Rojas, Esq
The Rojas Law Firm, LLC
Federal Bar No. ct 22569
40 Russ Street
Hartford, CT 06106
(860) 232-3476
(866) 321-2422 (fax)
rojas@therojaslawfirm.com