UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| PAUL LIS and DJ PAULIE BROADCASTING LLC, )<br>)<br>Plaintiffs, )<br>v. )<br>PAUL DELVECCHIO, JR., 495 )<br>PRODUCTIONS, VIACOM, INC., UMG )<br>RECORDINGS, INC., FIESTA PALMS, LLC, )<br>BASKIN ROBINS, INC., HEARST )<br>COMMUNICATIONS, INC., ROOM960 )<br>LLC, and JOHN DOE(S) 1-999, )<br>Defendants. | Case No. 11-cv-1057 (AWT) |

## APPLICATION FOR DEFENDANT'S CO-COUNSEL, RAVI V. SITWALA, TO APPEAR *PRO HAC VICE*

Pursuant to D. Conn. L. Civ. R. 83.1(d), the undersigned, a lawyer in good standing of the Connecticut Bar, hereby requests that this Court allow Ravi V. Sitwala, of the New York, New York Office of General Counsel for the Hearst Corporation, to appear *pro hac vice* in the above-captioned action on behalf of Defendant Hearst Communications, Inc. ("Hearst Communications"), and to permit him to participate in all depositions, hearings, pretrial proceedings and in the trial of this action. The affidavit of Ravi V. Sitwala is attached hereto.

In accordance with D. Conn. L. Civ. R. 83.1(d), the undersigned respectfully represents that, based on personal knowledge and the attached affidavit, he has a good faith basis to state that:

1. Mr. Sitwala is resident in the New York, New York Office of General Counsel for the Hearst Corporation, 300 West 57th Street, New York, New York 10019-3792, Phone: (212) 649-2006, Facsimile (646) 280-2006, rsitwala@hearst.com.

{00433202;v1}

2. Mr. Sitwala is a member in good standing of the bars in New York and Pennsylvania, and is also a member in good standing of the United States District Courts for the Southern, Eastern, and Northern Districts of New York, the Southern, Eastern, and Westerns Districts of Texas, the Eastern District of Pennsylvania, and the United States Court of Appeals for the Fifth Circuit.

3. Mr. Sitwala has not been denied admission or disciplined by this Court or by any court.

4. Mr. Sitwala has fully reviewed and is familiar with the Rules of the United States District Court for the District of Connecticut.

5. Mr. Sitwala possesses background in the facts and law of this action.

WHEREFORE, the undersigned respectfully requests that Ravi V. Sitwala be allowed to appear *pro hac vice* as subscribed herein.

Dated: October 11, 2011            Respectfully submitted,

LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.

By: _____
Cameron Stracher (Bar No. ct 28146)
4 North Pasture Road
Westport, CT 06880
t: (203) 222-7169; f: (203) 222-7169

*Attorneys for Hearst Communications, Inc.*

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| PAUL LIS and DJ PAULIE BROADCASTING LLC, )<br>)<br>Plaintiffs, )<br>v. )<br>PAUL DELVECCHIO, JR., 495 )<br>PRODUCTIONS, VIACOM, INC., UMG )<br>RECORDINGS, INC., FIESTA PALMS, LLC, )<br>BASKIN ROBINS, INC., HEARST )<br>COMMUNICATIONS, INC., ROOM960 )<br>LLC, and JOHN DOE(S) 1-999, )<br>Defendants. | Case No. 11-cv-1057 (AWT) |

**AFFIDAVIT OF RAVI V. SITWALA**
**FOR ADMISSION *PRO HAC VICE***

Ravi V. Sitwala, duly sworn and upon his oath, deposes and says as follows:

1.    I have been Counsel since 2008 at the Hearst Corporation, Office of General Counsel, counsel for defendant Hearst Communications, Inc. in the above-captioned action, and my address is as follows: Hearst Corporation, Office of General Counsel, 300 West 57th Street, New York, New York 10019-3792, Phone: (212) 649-2006, Facsimile (646) 280-2006, rsitwala@hearst.com.

2.    I am a member in good standing of the bars in New York and Pennsylvania. I am also admitted to the United States District Courts for the Southern, Eastern, and Northern Districts of New York, the Southern, Eastern, and Westerns Districts of Texas, the Eastern District of Pennsylvania, and the United States Court of Appeals for the Fifth Circuit.

3.    I have not been denied admission or disciplined by any court, and no disciplinary charges are pending against me in any court.

4.    My license to practice law has never been suspended or placed on inactive status.

{00433202;v1}

5. I have fully reviewed and am familiar with the Rules of the United States District Court for the District of Connecticut.

6. I am familiar with the legal and factual background of this action.

7. Pursuant to Local Rule 83.1(c), I specify that service of all papers in this action shall also be made upon Cameron Stracher, a member in good standing of the bar of this Court, at 4 North Pasture Road, Westport, CT 06880.

8. I respectfully request that this Court accept my Application for Admission *Pro Hac Vice.*

FURTHER YOUR AFFIANT SAIETH NOT.

_____
Ravi V. Sitwala

Subscribed and sworn to before me in the City of New York,
State of New York, this 11th day of October, 2011.

_____
Notary Public

My Commission expires:

JUNE 15, 2015

BRIDGETTE FITZPATRICK
Notary Public, State of New York
No. 02F15012027
Qualified in New York County
Commission Expires June 15, 2015

{00433202;v1}

2

## CERTIFICATE OF SERVICE

I certify that on October 11, 2011, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.

/s/ Cameron Stracher
Cameron Stracher (ct28146)
4 North Pasture Rd.
Westport, CT 06880
(203) 222-7169 (phone & fax)
Email: cam@stracherlaw.com

{00433202;v1}