UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PAUL LIS AND DJ PAULIE BROADCASTING LLC<br>Plaintiff | : <br> : <br> : <br> : | CIVIL ACTION NO.:<br>3:11-cv-01057-AWT |
| v. | : <br> : | |
| PAUL DELVECCHIO, JR., 495 PRODUCTIONS, VIACOM, INC., UMG RECORDINGS, INC., FIETSA PALMS, LLC, BASKIN-ROBBINS INC., HEARST COMMUNICATIONS, INC., ROOM960 LLC, AND JOHN DOES 1-999<br>Defendants. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | OCTOBER 13, 2011 |

## NOTICE OF APPEARANCE

Please enter the appearance of the undersigned on behalf of the Defendants, 495 Productions, Inc., erroneously named herein as 495 Productions, and UMG Recordings, Inc., in the above-captioned action.

THE DEFENDANTS
495 PRODUCTIONS, INC. AND
UMG RECORDINGS, INC.

By: ___/s/Eric M. Grant, Esq.
Eric M. Grant
Federal Bar No.: CT13594
Yamin & Grant, LLC
83 Bank Street
Waterbury, CT 06702
Phone: (203) 574-5175
Fax No.: (203) 573-1131
egrant@yamingrant.com

## **CERTIFICATION**

      I hereby certify that on October 13, 2011, a copy of the Notice of Appearance was filed. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing though the Court's system.

                                                     /s/Eric M. Grant, Esq.
                                    Eric M. Grant (CT13594)
                                    Yamin & Grant, LLC
                                    83 Bank Street
                                    Waterbury, CT 06702
                                    Phone: (203) 574-5175
                                    Facsimile: (203) 573-1131
                                    egrant@yamingrant.com