# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| PAUL LIS and DJ PAULIE BROADCASTING LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>PAUL DELVECCHIO, JR., 495 PRODUCTIONS, VIACOM, INC. dba MTV NETWORKS, UMG RECORDINGS, INC., FIESTA PALMS LLC dba PALMS CASINO RESORT, BASKIN-ROBBINS, INC., HEARST COMMUNICATIONS, INC., ROOM960 LLC, and JOHN DOE(S) 1-999,<br><br>    Defendants. | CIVIL ACTION NO. 3:11-cv-01057(AWT)<br><br><br><br><br><br><br><br><br><br>October 13, 2011 |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the Defendant, UMG Recordings, Inc. ("UMG"), states that there are no publicly traded corporations that own more than 10% of UMG's stock, but UMG hereby certifies that its ultimate, indirect parent corporation is Vivendi S.A., a publicly held French company.

DEFENDANT UMG RECORDINGS, INC.

BY ITS ATTORNEYS


By: /s/ Eric M. Grant
    Eric M. Grant (ct13594)
    YAMIN & GRANT, LLC
    83 Bank Street
    Waterbury, CT 06702
    Telephone: (203) 574-5175
    Facsimile: (203) 573-1131
    egrant@yamingrant.com

Of Counsel:

    Gregory L. Doll (phv admission pending)
    DOLL AMIR & ELEY, LLP
    1888 Century Park East, Ste. 1850
    Los Angeles, California 90067
    Telephone: (310) 557-9100
    Facsimile: (310) 557-9101
    gdoll@dollamir.com

## CERTIFICATION

      I hereby certify that on October 13, 2011, a copy of the foregoing document was filed. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing though the Court's system.

      /s/Eric M. Grant, Esq.
Eric M. Grant (CT13594)
Yamin & Grant, LLC
83 Bank Street
Waterbury, CT 06702
Phone: (203) 574-5175
Facsimile: (203) 573-1131
egrant@yamingrant.com