# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| PAUL LIS and DJ PAULIE BROADCASTING LLC,<br><br>Plaintiffs,<br><br>v.<br><br>PAUL DELVECCHIO, JR., 495 PRODUCTIONS, VIACOM, INC. dba MTV NETWORKS, UMG RECORDINGS, INC., FIESTA PALMS LLC dba PALMS CASINO RESORT, BASKIN-ROBBINS, INC., HEARST COMMUNICATIONS, INC., ROOM960 LLC, and JOHN DOE(S) 1-999,<br><br>Defendants. | CIVIL ACTION NO. 3:11-cv-01057(AWT)<br><br><br><br><br><br><br><br><br><br>October 14, 2011 |

## MOTION TO PERMIT GREGORY L. DOLL TO APPEAR *PRO HAC VICE*

Pursuant to Rule 83.1(d) of the Rules of the United States District Court for the District of Connecticut, the Defendants, 495 Productions, Inc. ("495 Productions"), erroneously named herein as 495 Productions, and UMG Recordings, Inc. ("UMG"), by and through their counsel Eric M. Grant of Yamin & Grant, LLC, hereby move this Court to permit Gregory L. Doll to appear *pro hac vice* in this action on behalf of 495 Productions and UMG. In support of this Motion, 495 Productions and UMG submit the affidavit of Gregory L. Doll, and represent as follows:

1.   Eric M. Grant, a partner in the law firm of Yamin & Grant, LLC, has appeared in this action on behalf of 495 Productions and UMG, and is a member in good standing of the bar of this Court.

2.   Gregory L. Doll is a partner in the law firm of Doll Amir & Eley, LLP, 1888 Century Park East, Ste. 1850, Los Angeles, California 90067, telephone 310-557-9100, facsimile

1

310-557-9101, and email gdoll@dollamir.com. Mr. Doll received his J.D. from the University of Southern California. Mr. Doll is a member in good standing of the bar of the state of California and is admitted to practice in the United States District Courts for the Central, Southern and Northern Districts of California, the Central District of Arizona, and the Ninth Circuit Court of Appeals. There are no disciplinary proceedings pending against Mr. Doll in any jurisdiction.

    3.    Mr. Doll has not been denied admission to, been disciplined by, resigned from, surrendered his license to practice before, or withdrawn an application for admission to practice while facing a disciplinary complaint before this Court or any other court.

    4.    Mr. Doll has never been convicted of any crime.

    5.    Mr. Doll has studied the jurisdictional provisions of Title 28 U.S.C., the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, the Local Rules of the United States District Court for the District of Connecticut and the Connecticut Rules of Professional Conduct.

    6.    Mr. Doll has particular expertise in civil litigation, and in particular, intellectual property litigation involving copyright and trademark issues.

WHEREFORE, Defendants, 495 Productions and UMG, respectfully move this Court to grant Gregory L. Doll permission to appear *pro hac vice* in this matter.

Dated: October 14, 2011

DEFENDANTS,
495 PRODUCTIONS, INC. AND UMG RECORDINGS, INC.

BY THEIR ATTORNEYS

By: /s/ Eric M. Grant
    Eric M. Grant (ct13594)
    YAMIN & GRANT, LLC
    83 Bank Street
    Waterbury, CT 06702
    Telephone: (203) 574-5175
    Facsimile: (203) 573-1131
    egrant@yamingrant.com

## **CERTIFICATION**

      I hereby certify that on October 14, 2011, a copy of the foregoing Motion was sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing though the Court's system.

      /s/ Eric M. Grant
Eric M. Grant (ct13594)
YAMIN & GRANT, LLC
83 Bank Street
Waterbury, CT 06702
Telephone: (203) 574-5175
Facsimile: (203) 573-1131
egrant@yamingrant.com