UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| PAUL LIS and DJ PAULIE BROADCASTING LLC,<br><br>      Plaintiffs,<br><br>v.<br><br>PAUL DELVECCHIO, JR., 495 PRODUCTIONS, VIACOM, INC. dba MTV NETWORKS, UMG RECORDINGS, INC., FIESTA PALMS LLC dba PALMS CASINO RESORT, BASKIN-ROBBINS, INC., HEARST COMMUNICATIONS, INC., ROOM960 LLC, and JOHN DOE(S) 1-999,<br><br>      Defendants. | CIVIL ACTION NO. 3:11-cv-01057(AWT)<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>October 20, 2011 |

**MOTION TO PERMIT LOUISE K. FULSHER TO APPEAR *PRO HAC VICE***

Pursuant to Rule 83.1(d) of the Rules of the United States District Court for the District of Connecticut, the Defendants, 495 Productions, Inc. ("495 Productions"), erroneously named herein as 495 Productions, and UMG Recordings, Inc. ("UMG"), by and through their counsel Eric M. Grant of Yamin & Grant, LLC, hereby move this Court to permit Louise K. Fulsher ("L. Katie Fulsher") to appear *pro hac vice* in this action on behalf of 495 Productions and UMG. In support of this Motion, 495 Productions and UMG submit the affidavit of Louise K. Fulsher, and represent as follows:

      1.     Eric M. Grant, a partner in the law firm of Yamin & Grant, LLC, has appeared in this action on behalf of 495 Productions and UMG, and is a member in good standing of the bar of this Court.

      2.     L. Katie Fulsher is an associate at the law firm of Doll Amir & Eley, LLP, 1888 Century Park East, Ste. 1850, Los Angeles, California 90067, telephone 310-557-9100, facsimile

310-557-9101, and email kfulsher@dollamir.com. Ms. Fulsher received her J.D. from the University of the Pacific, McGeorge School of Law. Ms. Fulsher is a member in good standing of the bar of the state of California and is admitted to practice in the United States District Court for the Central District of California. There are no disciplinary proceedings pending against Ms. Fulsher in any jurisdiction.

    3.    Ms. Fulsher has not been denied admission to, been disciplined by, resigned from, surrendered her license to practice before, or withdrawn an application for admission to practice while facing a disciplinary complaint before this Court or any other court.

    4.    Ms. Fulsher has never been convicted of any crime.

    5.    Ms. Fulsher has studied the jurisdictional provisions of Title 28 U.S.C., the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, the Local Rules of the United States District Court for the District of Connecticut and the Connecticut Rules of Professional Conduct.

    6.    Ms. Fulsher has particular expertise in civil litigation, and in particular, intellectual property litigation involving copyright and trademark issues.

    WHEREFORE, Defendants, 495 Productions and UMG, respectfully move this Court to grant L. Katie Fulsher permission to appear *pro hac vice* in this matter.

DEFENDANTS,
495 PRODUCTIONS, INC. AND UMG
RECORDINGS, INC.

BY THEIR ATTORNEYS

By: /s/ Eric M. Grant
    Eric M. Grant (ct13594)
    YAMIN & GRANT, LLC
    83 Bank Street
    Waterbury, CT 06702
    Telephone: (203) 574-5175
    Facsimile: (203) 573-1131
    egrant@yamingrant.com

## CERTIFICATION

I hereby certify that on October 20, 2011, a copy of the foregoing Motion was sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing though the Court's system.

/s/ Eric M. Grant
Eric M. Grant (ct13594)
YAMIN & GRANT, LLC
83 Bank Street
Waterbury, CT 06702
Telephone: (203) 574-5175
Facsimile: (203) 573-1131
egrant@yamingrant.com