# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | |
|---|---|
| PAUL LIS and DJ PAULIE BROADCASTING LLC, | CIVIL ACTION NO. 3:11-cv-01057(AWT) |
| Plaintiffs, | |
| v. | |
| PAUL DELVECCHIO, JR., 495 PRODUCTIONS, VIACOM, INC. dba MTV NETWORKS, UMG RECORDINGS, INC., FIESTA PALMS LLC dba PALMS CASINO RESORT, BASKIN-ROBBINS, INC., HEARST COMMUNICATIONS, INC., ROOM960 LLC, and JOHN DOE(S) 1-999, | |
| Defendants. | October 13, 2011 |

## AFFIDAVIT OF GREGORY L. DOLL IN SUPPORT OF MOTION TO PERMIT APPEARANCE *PRO HAC VICE*

The undersigned, Gregory L. Doll, being duly sworn hereby states:

1.      I am over the age of eighteen years, understand the meaning and obligations of an oath, and am competent to testify to the matters set forth in this affidavit. I respectfully apply for this Court's permission for me to appear *pro hac vice* as an attorney for Defendants 495 Productions, Inc. ("495 Productions") and UMG Recordings, Inc. ("UMG").

2.      I am attorney at law and a partner of the law firm of Doll Amir & Eley, LLP, 1888 Century Park East, Suite 1850, Los Angeles, CA 90067; telephone number (310) 557-9100; facsimile number: (310) 557-9101; e-mail address gdoll@dollamir.com.

3.      I received my J.D. from the University of Southern California. I am a member in good standing of the bar of the State of California (Bar No. 193205) and am admitted to practice

in the United States District Courts for the Central, Southern and Northern Districts of California, the Central District of Arizona, and the Ninth Circuit Court of Appeals.

4.     There are no disciplinary proceedings pending against me in any jurisdiction.

5.     I have never been denied admission to, been disciplined by, resigned from, surrendered my license to practice before, or withdrawn an application for admission to practice while facing a disciplinary complaint before this Court or any other court.

6.     I have never been convicted of any crime.

7.     I have studied the jurisdictional provisions of Title 28 U.S.C., the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, the Local Rules of the United States District Court for the District of Connecticut and the Connecticut Rules of Professional Conduct.

8.     I designate Eric Grant of Yamin & Grant, LLC as my sponsoring attorney, as my agent for service of process, and designate the District of Connecticut as the forum for the resolution of any dispute arising out of my admission.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed on October 12, 2011 at Los Angeles, California.

_____
GREGORY L. DOLL

AFFIDAVIT OF GREGORY L. DOLL

**JURAT**

State of:  California

County of: Los Angeles



Place Notary Seal Above

Subscribed and sworn to (or affirmed) before me

this 12th day of October, 2011, by

(1) _Gregory L. Doll_____
    Name of Signer(s)

(2) _____
    Name of Signer(s)

who proved to me on the basis of satisfactory evidence

to be the person(s) who appeared before me.

    WITNESS my hand and official seal

_Jeannie M. Daniel_____
Signature of Notary Public

---

3

AFFIDAVIT OF GREGORY L. DOLL