## CERTIFICATION

I hereby certify that on October 21, 2011, a copy of the foregoing Certificate of Good Standing was sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing though the Court's system.

/s/ Eric M. Grant
Eric M. Grant (ct13594)
YAMIN & GRANT, LLC
83 Bank Street
Waterbury, CT 06702
Telephone: (203) 574-5175
Facsimile: (203) 573-1131
egrant@yamingrant.com