## CERTIFICATE OF SERVICE

I certify that on October 24, 2011, a copy of the Certificate of Good Standing for Marcia Beth Paul was filed with the Court. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated in the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

       /s/   Lee F. Lizotte
Lee F. Lizotte

ME1 12436706v.1