# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT
# HARTFORD DIVISION

| | |
|---|---|
| PAUL LIS and <br> DJ PAULIE BROADCASTING LLC, <br>　　　　　　Plaintiffs <br> <br> vs. <br> <br> PAUL DELVECCHIO, JR., <br> 495 PRODUCTIONS, VIACOM, INC., <br> UMG RECORDINGS, INC., FIESTA <br> PALMS, LLC, BASKIN-ROBBINS, INC., <br> HEARST COMMUNICATIONS, INC., <br> ROOM960 LLC, and JOHN DOE(S) 1-999 <br>　　　　　　Defendants. | Civil Action No. 11-cv-01057 <br> (AWT) <br> <br> <br> OCTOBER 24, 2011 |

## DEFENDANT FIESTA PALMS, LLC'S MOTION
## TO DISMISS FOR LACK OF PERSONAL JURISDICTION

Pursuant to Federal Rule of Civil Procedure 12(b)(2), defendant Fiesta Palms, LLC, d/b/a Palms Casino Resort ("Palms") hereby moves to dismiss the Complaint for Trademark Infringement filed against it by the Plaintiffs Paul Lis and DJ Paulie Broadcasting, LLC (collectively, the "Plaintiffs").

The Plaintiffs have accused Defendant Paul Delvecchio, Jr. ("Mr. Delvecchio"), a/k/a DJ Pauly D, of directly infringing their asserted service mark, "DJ Paulie." The Plaintiffs have also sued Palms, among several other defendants, simply because Mr. Delvecchio periodically performs at venues located at Palms resort in Las Vegas, Nevada. The Plaintiffs fail, however, to allege any basis on which this Court may exercise jurisdiction over Palms, a Nevada limited

**ORAL ARGUMENT REQUESTED PURSUANT TO LOCAL RULE 7(a)(1).**

liability company with no ties of any kind to this forum.  Their Complaint should therefore be dismissed.

In support of this motion, Palms relies upon its supporting Memorandum of Law and the Declaration of Elizabeth Nelson, which documents are being filed herewith.

>Respectfully submitted,
>
>**FIESTA PALMS LLC, D/B/A PALMS RESORT CASINO,**
>
>By its attorneys,
>
>/s/ Edward J. Naughton
>Edward J. Naughton (ct 20822)
>Steven M. Veenema (phv 04987)
>BROWN RUDNICK LLP
>One Financial Center
>Boston, MA 02111
>617.856.8200
>enaughton@brownrudnick.com
>sveenema@brownrudnick.com

Dated:  October 24, 2011

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

>/s/ Edward J. Naughton
>Edward J. Naughton

Dated:  October 24, 2011

**ORAL ARGUMENT REQUESTED PURSUANT TO LOCAL RULE 7(a)(1).**

2