UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

| | |
|---|---|
| PAUL LIS<br>DJ PAULIE BROADCASTING LLC,<br>Plaintiffs<br><br>vs.<br><br>PAUL DELVECCHIO, JR.,<br>495 PRODUCTIONS, VIACOM, INC.,<br>UMG RECORDINGS, INC., FIESTA<br>PALMS, LLC, BASKIN-ROBBINS, INC.,<br>HEARST COMMUNICATIONS, INC.,<br>ROOM960 LLC, and JOHN DOE(S) 1-999<br>Defendants | Civil Action No. 11-cv-01057<br>(AWT)<br><br>OCTOBER 24, 2011 |

### DECLARATION OF ELIZABETH S. NELSON, ESQ. IN SUPPORT OF FIESTA PALMS LLC's MOTION TO DISMISS FOR LACK OF JURISDICTION

I, Elizabeth S. Nelson, declare:

1. I am Executive Vice President & General Counsel of Fiesta Palms LLC d/b/a Palms Casino Resort ("Palms").

2. I make this declaration in support of Palms' Motion to Dismiss the claims against it for Lack of Personal Jurisdiction. The statements in this declaration are based in part upon my personal knowledge, but also in reliance upon information obtained from Palms' employees and from records maintained in the ordinary course of business.

3. Palms is a Nevada limited liability company, which operates an up-scale resort and casino at 4321 West Flamingo Road, in Las Vegas, Nevada.

4. Palms has no ties to the state of Connecticut.

1

5. Palms does not own or lease property in Connecticut.

6. Palms has no offices or facilities in Connecticut.

7. Palms is not registered to do business in Connecticut.

8. Palms does not have bank accounts, mailing addresses, post office boxes, telephone numbers or agents for service of process in Connecticut.

9. Palms has no employees, contractors or third-party vendors located in Connecticut.

10. Palms has never actively solicited business from or targeted any marketing campaign or advertising specifically at Connecticut residents.

11. Palms has never derived any revenue from business conducted in Connecticut, and no employee or representative of Palms has ever visited Connecticut for business purposes.

12. To the extent Palms has any direct contact with Connecticut residents, such contact necessarily occurs in Nevada, where Connecticut residents must travel to enjoy the entertainment services Palms offers in Nevada.

13. Palms advertises its unique resort and casino on the website www.palms.com ("Palms.com").

14. A section of Palms' website, www.palms.com/2011/03/dj-pauly/ (the "Webpage"), depicts an advertisement for Paul Delvecchio, Jr., who serves as a resident disc jockey at Palms resort and performs under the stage name "DJ Pauly D." An older version of this page is attached as Exhibit R to the Plaintiffs' Complaint.

15. In its current form, the Webpage merely provides a brief description of Mr. Delvecchio's "residency" at Palms, and then instructs users to leave Palms.com in order to "[m]ake sure to check out DJ Pauly D at his official website – DJPaulyD.com".

16. The Webpage does not allow users to purchase tickets to an event advertised to include Mr. Delvecchio.

17. Rather, it merely advertises the fact that Pauly D will be performing at venues located at Palms "throughout 2011."

18. Mr. Delvecchio's performances at venues located at Palms take place exclusively in Nevada, and all agreements concerning those performances were negotiated in Nevada.

I declare under penalty of perjury that the foregoing is true and correct.

*Elizabeth S. Nelson*
Elizabeth S. Nelson
Executed on October 24, 2011.

On this 24th day of October, 2011, before me, the undersigned notary public, personally appeared the above-named declarant and proved to me through satisfactory evidence of identification, to be the person whose name is signed on the preceding document, and acknowledged to me that he/she signed it voluntarily for its stated purpose.



Notary Public
My Commission Expires: September 14, 2014

# 1862718 v1 -