UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| PAUL LIS and DJ PAULIE BROADCASTING LLC,<br><br>                  Plaintiffs,<br>v.<br>PAUL DELVECCHIO, JR., 495 PRODUCTIONS, VIACOM, INC., UMG RECORDINGS, INC., FIESTA PALMS, LLC, BASKIN ROBINS, INC., HEARST COMMUNICATIONS, INC., ROOM960 LLC, and JOHN DOE(S) 1-999,<br><br>                  Defendants. | Case No. 11-cv-1057 (AWT) |

**APPLICATION FOR DEFENDANT'S CO-COUNSEL,
RAVI V. SITWALA, TO APPEAR *PRO HAC VICE***

Pursuant to D. Conn. L. Civ. R. 83.1(d), the undersigned, a lawyer in good standing of the Connecticut Bar, hereby requests that this Court allow Ravi V. Sitwala, of the New York, New York Office of General Counsel for the Hearst Corporation, to appear *pro hac vice* in the above-captioned action on behalf of Defendant Hearst Communications, Inc. ("Hearst Communications"), and to permit him to participate in all depositions, hearings, pretrial proceedings and in the trial of this action. The affidavit of Ravi V. Sitwala is attached hereto.

In accordance with D. Conn. L. Civ. R. 83.1(d), the undersigned respectfully represents that, based on personal knowledge and the attached affidavit, he has a good faith basis to state that:

1. Mr. Sitwala is resident in the New York, New York Office of General Counsel for the Hearst Corporation, 300 West 57th Street, New York, New York 10019-3792, Phone: (212) 649-2006, Facsimile (646) 280-2006, rsitwala@hearst.com.

{00433202;v1}

2.     Mr. Sitwala is a member in good standing of the bars in New York and Pennsylvania, and is also a member in good standing of the United States District Courts for the Southern, Eastern, and Northern Districts of New York, the Southern, Eastern, and Westerns Districts of Texas, the Eastern District of Pennsylvania, and the United States Court of Appeals for the Fifth Circuit.

3.     Mr. Sitwala has not been denied admission or disciplined by this Court or by any court.

4.     Mr. Sitwala has fully reviewed and is familiar with the Federal Rules of Civil and Criminal Procedure, the Local Rules of the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

5.     Mr. Sitwala possesses background in the facts and law of this action.

WHEREFORE, the undersigned respectfully requests that Ravi V. Sitwala be allowed to appear *pro hac vice* as subscribed herein.

Dated:  October 27, 2011                Respectfully submitted,

LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.

By: *[signature]*
Cameron Stracher (Bar No. ct 28146)
4 North Pasture Road
Westport, CT 06880
t: (203) 222-7169; f: (203) 222-7169

*Attorneys for Hearst Communications, Inc.*

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| PAUL LIS and DJ PAULIE BROADCASTING LLC,<br><br>               Plaintiffs,<br>v.<br>PAUL DELVECCHIO, JR., 495 PRODUCTIONS, VIACOM, INC., UMG RECORDINGS, INC., FIESTA PALMS, LLC, BASKIN ROBINS, INC., HEARST COMMUNICATIONS, INC., ROOM960 LLC, and JOHN DOE(S) 1-999,<br><br>               Defendants. | Case No. 11-cv-1057 (AWT) |

### AFFIDAVIT OF RAVI V. SITWALA
### FOR ADMISSION *PRO HAC VICE*

Ravi V. Sitwala, duly sworn and upon his oath, deposes and says as follows:

1. I have been Counsel since 2008 at the Hearst Corporation, Office of General Counsel, counsel for defendant Hearst Communications, Inc. in the above-captioned action, and my address is as follows: Hearst Corporation, Office of General Counsel, 300 West 57th Street, New York, New York 10019-3792, Phone: (212) 649-2006, Facsimile (646) 280-2006, rsitwala@hearst.com.

2. I am a member in good standing of the bars in New York and Pennsylvania. I am also admitted to the United States District Courts for the Southern, Eastern, and Northern Districts of New York, the Southern, Eastern, and Westerns Districts of Texas, the Eastern District of Pennsylvania, and the United States Court of Appeals for the Fifth Circuit.

3. I have not been denied admission or disciplined by any court, and no disciplinary charges are pending against me in any court.

4. My license to practice law has never been suspended or placed on inactive status.

{00433202;v1}

5. I have fully reviewed and am familiar with the Federal Rules of Civil and Criminal Procedure, the Local Rules of the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

6. I am familiar with the legal and factual background of this action.

7. Pursuant to Local Rule 83.1(c), I specify that service of all papers in this action shall also be made upon Cameron Stracher, a member in good standing of the bar of this Court, at 4 North Pasture Road, Westport, CT 06880.

8. I respectfully request that this Court accept my Application for Admission *Pro Hac Vice*.

FURTHER YOUR AFFIANT SAIETH NOT.

_____
Ravi V. Sitwala

Subscribed and sworn to before me in the City of New York,
State of New York, this 26th day of October, 2011.

_____
Notary Public

My Commission expires:

February 19, 2014

BONNIE V. LEWIS
Notary Public, State of New York
No. 01LE6070036
Qualified in New York County
Commission Expires Feb. 19, 2014

{00433202;v1}

2

# Appellate Division of the Supreme Court of the State of New York First Judicial Department

I, Susanna Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

## RAVI VIREN SITWALA

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on November 21, 2005, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

October 27, 2011

Clerk of the Court

5204

## CERTIFICATE OF SERVICE

I certify that on October 27, 2011, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.

/s/ Cameron Stracher
Cameron Stracher (ct28146)
4 North Pasture Rd.
Westport, CT 06880
(203) 222-7169 (phone & fax)
Email: cam@stracherlaw.com

{00433202;v1}