UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

| | |
|---|---|
| _____ ) | |
| PAUL LIS and ) | |
| DJ PAULIE BROADCASTING LLC, ) | |
| Plaintiffs ) | |
| ) | Civil Action No. 11-cv-01057 |
| ) | (AWT) |
| vs. ) | |
| ) | |
| PAUL DELVECCHIO, JR., ) | OCTOBER 31, 2011 |
| 495 PRODUCTIONS, VIACOM, INC., ) | |
| UMG RECORDINGS, INC., FIESTA ) | |
| PALMS, LLC, BASKIN-ROBBINS, INC., ) | |
| HEARST COMMUNICATIONS, INC., ) | |
| ROOM960 LLC, and JOHN DOE(S) 1-999 ) | |
| Defendants ) | |
| _____ ) | |

**DEFENDANT FIESTA PALMS LLC'S**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Fiesta Palms LLC ("Palms"), hereby identifies FHC Holdings, a Nevada corporation that holds a controlling interest in Palms, as its parent corporation. Palms' other members consist solely of private individuals or entities holding less than a 10% membership interest. FHC Holdings is a wholly-owned subsidiary of Joe G. Maloof and Company, a New Mexico corporation.

                                          Respectfully submitted,

                                          **FIESTA PALMS LLC,**
                                          **D/B/A PALMS RESORT CASINO,**

                                          By its attorneys,

                                          /s/ Edward J. Naughton
                                          Edward J. Naughton (ct 20822)
                                          Steven M. Veenema (phv 04987)
                                          BROWN RUDNICK LLP
                                          One Financial Center
                                          Boston, MA 02111
                                          617.856.8200
                                          enaughton@brownrudnick.com
Dated:  October 31, 2011                sveenema@brownrudnick.com

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

                                          /s/ Edward J. Naughton
                                          Edward J. Naughton

Dated:  October 31, 2011

# 1864282 v1 -