UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **PAUL LIS, et al** | : | No. 11-cv-01057-AWT |
| plaintiffs | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| **PAUL DELVECCHIO, et al** | : | NOVEMBER 1, 2011 |
| defendants | | |

**PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT FIESTA PALMS' MOTION TO DISMISS**

Plaintiffs hereby requests an extension of thirty (30) days to respond to defendant Fiesta Palms, LLC's motion to dismiss. Plaintiffs requires additional time to research the significant legal issues raised by the motion, and also to further factually investigate defendant's claims of lack of minimum contacts with Connecticut. In addition, plaintiff will be seeking permission to conduct limited discovery relating to the jurisdictional question.

This is plaintiff's first motion regarding same. Defendant has no objection to the thirty day extension, but does object to any discovery being conducted. Plaintiff will be seeking permission to conduct limited discovery by separate motion.

Respectfully submitted,

\_\_\_\_\_/s/_____
Jose M. Rojas, Esq
The Rojas Law Firm, LLC
Federal Bar No. ct 22569
40 Russ Street
Hartford, CT 06106
(860) 232-3476
(866) 321-2422 (fax)
rojas@therojaslawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on the above date a copy of the foregoing was filed electronically. All parties of record will receive an electronic copy of same via the CM/ECF System.

_____/s/_____
Jose M. Rojas, Esq
The Rojas Law Firm, LLC
Federal Bar No. ct 22569
40 Russ Street
Hartford, CT 06106
(860) 232-3476
(866) 321-2422 (fax)
rojas@therojaslawfirm.com