UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| PAUL LIS and DJ PAULIE BROADCASTING LLC, )<br>)<br>Plaintiffs, )<br>v. )<br>PAUL DELVECCHIO, JR., 495 )<br>PRODUCTIONS, VIACOM, INC., UMG )<br>RECORDINGS, INC., FIESTA PALMS, LLC, )<br>BASKIN ROBINS, INC., HEARST )<br>COMMUNICATIONS, INC., ROOM960 )<br>LLC, and JOHN DOE(S) 1-999, )<br>)<br>Defendants. | Case No. 11-cv-1057 (AWT) |

**AFFIDAVIT OF JONATHAN R. DONNELLAN**
**FOR ADMISSION *PRO HAC VICE***

Jonathan R. Donnellan, duly sworn and upon his oath, deposes and says as follows:

1. I am Deputy General Counsel the Hearst Corporation, Office of General Counsel, counsel for defendant Hearst Communications, Inc. in the above-captioned action, and my address is as follows: Hearst Corporation, Office of General Counsel, 300 West 57th Street, New York, New York 10019-3792, Phone (212) 649-2020, Facsimile (212) 649-2035, jdonnellan@hearst.com. I have worked at the Office since 2003.

2. I am a member in good standing of the bars of the Courts of the States of New York and Texas, the United States District Courts for the Southern, Eastern, and Northern Districts of New York and the Southern, Eastern, and Westerns Districts of Texas, the United States Courts of Appeals for the Second, Fifth, and Ninth Circuits, and the Supreme Court of the United States.

3. I have not been denied admission or disciplined by any court, and no disciplinary charges are pending against me in any court.

{00433202;v1}

4. My license to practice law has never been suspended or placed on inactive status.

5. I have fully reviewed and am familiar with the Federal Rules of Civil and Criminal Procedure, the Local Rules of the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

6. I am familiar with the legal and factual background of this action.

7. Pursuant to Local Rule 83.1, I specify that service of all papers in this action shall also be made upon Cameron Stracher, a member in good standing of the bar of this Court, at 4 North Pasture Road, Westport, CT 06880. I also designate Cameron Stracher as my agent for service of process and the District of Connecticut as the forum for the resolution of any dispute arising out of my admission.

8. I respectfully request that this Court accept my Application for Admission *Pro Hac Vice.*

FURTHER YOUR AFFIANT SAIETH NOT.

_____
Jonathan R. Donnellan

Subscribed and sworn to before me in the City of New York,
State of New York, this 11th day of November, 2011.

_____
Notary Public

My Commission expires:

February 19, 2014

BONNIE V. LEWIS
Notary Public, State of New York
No. 01LE6070036
Qualified in New York County
Commission Expires Feb. 19, 2014

{00433202;v1}

2

## CERTIFICATE OF SERVICE

I certify that on November 11, 2011, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.

/s/ Cameron Stracher
Cameron Stracher (ct28146)
4 North Pasture Rd.
Westport, CT 06880
(203) 222-7169 (phone & fax)
Email: cam@stracherlaw.com

{00433202;v1}