## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT
## HARTFORD DIVISION

|  |  |
|---|---|
| PAUL LIS and<br>DJ PAULIE BROADCASTING LLC,<br>           Plaintiffs<br><br>vs.<br><br>PAUL DELVECCHIO, JR.,<br>495 PRODUCTIONS, VIACOM, INC.,<br>UMG RECORDINGS, INC., FIESTA<br>PALMS, LLC, BASKIN-ROBBINS, INC.,<br>HEARST COMMUNICATIONS, INC.,<br>ROOM960 LLC, and JOHN DOE(S) 1-999<br>           Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 11-cv-01057<br>) (AWT)<br>)<br>)<br>) NOVEMBER 3, 2011<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **CERTIFICATE OF SERVICE**

I certify that on November 3, 2011, a copy of the Certificate of Good Standing for Steven M. Veenema was filed with the Court. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated in the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                            /s/ Edward J. Naughton
                                            Edward J. Naughton

# 1865697 v1