# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT
## HARTFORD DIVISION

|  |  |
|---|---|
| PAUL LIS <br> DJ PAULIE BROADCASTING LLC, <br>             Plaintiffs <br><br> vs. <br><br> PAUL DELVECCHIO, JR., <br> 495 PRODUCTIONS, VIACOM, INC., <br> UMG RECORDINGS, INC., FIESTA <br> PALMS, LLC, BASKIN-ROBBINS, INC., <br> HEARST COMMUNICATIONS, INC., <br> ROOM960 LLC, and JOHN DOE(S) 1-999 <br>             Defendants | ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 11-cv-01057 <br> ) (AWT) <br> ) <br> ) <br> ) May 18, 2012 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## AMENDED MOTION TO PERMIT BENJAMIN M. WELCH TO APPEAR *PRO HAC VICE*

Pursuant to D. Conn. L. Civ. R. 83.1(d), the undersigned, a member in good standing of the bar of this Court and having entered an appearance in this matter, hereby moves for the admission *pro hac vice* of Benjamin M. Welch of Brown Rudnick LLP for the purposes of this cause. In accordance with D. Conn. L. Civ. R. 83.1(d), and based on the Affidavit of Benjamin M. Welch, which is annexed hereto as Exhibit A, and is made a part hereof, the undersigned represents as follows:

      1.       Benjamin M. Welch ("Mr. Welch") is an attorney in the law firm of Brown Rudnick LLP, with an office located at One Financial Center, in Boston, MA. Mr. Welch is a member in good standing of the Supreme Judicial Court of Massachusetts, and is admitted to practice before the United States District Court for the District of Massachusetts, as well as the

First Circuit Court of Appeals.  There are no disciplinary proceedings pending against Mr. Welch in any jurisdiction.

2. Mr. Welch has not been disciplined or denied admission by this Court or any other Court in any jurisdiction.

3. Mr. Welch is familiar with the Local Rules of the United States District Court for the District of Connecticut and the Connecticut Rules of Professional Conduct.

4. Mr. Welch has particular experience in civil litigation and, in particular, matters involving allegations of patent, trademark and copyright infringement.

5. The Affidavit of Benjamin M. Welch in Support of this Motion to Permit Counsel to Appear Pro Hac Vice is attached as Exhibit A.

WHEREFORE, the undersigned respectfully requests that this Court grant Benjamin Welch permission to appear *pro hac vice* in this matter.

Respectfully submitted,

/s/ Edward J. Naughton
Edward J. Naughton (ct 20822)
BROWN RUDNICK LLP
One Financial Center
Boston, MA 02111
617.856.8200
enaughton@brownrudnick.com

**ATTORNEY FOR FIESTA PALMS LLC,
D/B/A PALMS RESORT CASINO**

Dated:  May 18, 2012

2

## CERTIFICATE OF SERVICE

      I hereby certify that on May 18, 2012, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to any parties unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.


      /s/ Edward J. Naughton
      Edward J. Naughton

60545563 v1-029771/0001