UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

| | |
|---|---|
| PAUL LIS <br> DJ PAULIE BROADCASTING LLC, <br>                 Plaintiffs, <br> <br> vs. <br> <br> PAUL DELVECCHIO, JR., <br> 495 PRODUCTIONS, VIACOM, INC., <br> UMG RECORDINGS, INC., FIESTA <br> PALMS, LLC, BASKIN-ROBBINS, INC., <br> HEARST COMMUNICATIONS, INC., <br> ROOM960 LLC, and JOHN DOE(S) 1-999, <br>                 Defendants. | Civil Action No. 11-cv-01057 <br> (AWT) <br> <br> May 18, 2012 |

**AMENDED AFFIDAVIT OF BENJAMIN M. WELCH IN SUPPORT OF
MOTION FOR PERMISSION TO APPEAR *PRO HAC VICE***

BENJAMIN M. WELCH, being duly sworn, states:

1. I am over the age of eighteen years, understand the meaning and obligations of an oath, and am competent to testify to the matters set forth in this affidavit. I respectfully apply for this Court's permission for me to appear *pro hac vice* as attorney for Defendant Fiesta Palms LLC d/b/a Palms Casino Resort ("Palms").

2. I am an attorney in the law firm of Brown Rudnick LLP, located at One Financial Center, in Boston, Massachusetts. My direct telephone number is 617-856-8150, my fax number is 617-289-0507, and my e-mail is as follows: bwelch@brownrudnick.com.

3. I was admitted to the Massachusetts Bar in December of 2005 (#663456). I am also admitted to the United States District Court for the District of Massachusetts, and the United States Court of Appeals for the First Circuit Court.

1

4.	I am a member in good standing of the Supreme Judicial Court of Massachusetts, and there are no disciplinary proceedings pending against me in any jurisdiction, and I have never been convicted of any crime.

5.	I have never been denied admission to the United States District Court of Connecticut or any other court in any jurisdiction, nor have I ever been disciplined by, resigned from, or surrendered my license to practice before, or withdrawn an application for admission to practice before this Court or any other court, while facing a disciplinary complaint.

6.	I have fully reviewed and am familiar with the Local Rules of the United States District Court for the District of Connecticut, the Federal Rules of Civil and Criminal Procedure, and the Connecticut Rules of Professional Conduct.

7.	I hereby designate Attorney Edward Naughton of Brown Rudnick LLP as my agent for service of process and the District of Connecticut as the forum for the resolution of any dispute arising out of my admission.

_____
Benjamin M. Welch

May 18, 2012

Subscribed and sworn to before me this \_\_ day of May, 2012.

_____
Notary Public:  Karen A. Brisbois
My Commission Expires:  May 5, 2017

60545570 v1-029771/0001