UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PAUL LIS, et al. | : | No. 11-cv-01057-AWT |
| **Plaintiffs** | : | |
| | : | |
| v. | : | |
| | : | |
| PAUL DELVECCHIO, et al. | : | JULY 13, 2012 |
| **Defendants** | : | |

### JOINT MOTION FOR EXPANSION OF DISCOVERY DEADLINES

The parties hereby jointly move for an extension of 120 days with respect to all discovery deadlines. An interest has arisen amongst all parties to mediate this case. Because of the complexity and specialized nature of this matter, the parties have agreed to retain a private mediator having experience with intellectual property matters. The parties have agreed on a mediator and are in the process of selecting a date that accommodates the schedules of counsel, client representatives and the mediator. Largely driven by dates certain for trial by counsel, the parties anticipate that the mediation will take place in August, 2012. The parties believe that mediation, if successful, would avoid the tremendous cost that would be incurred pursuing extensive discovery. For these reasons, the parties respectfully request an extension of 120 days as follows:

1. Fact Discovery completed by November 30, 2012;

2. Party with burden of proof to disclose experts by February 28, 2013;

3. Rebuttal Experts by March 29, 2013; and

4. Expert Discovery completed by April 30, 2013.

| | |
|---|---|
| PAUL DELVECCHIO, JR. and BASKIN-ROBBINS, INC. | VIACOM MEDIA NETWORKS |
| By Their Attorneys | By Its Attorneys, |

/s/ Craig M. Scott
Craig M. Scott (phv04929)
Christine K. Bush (phv04930)
Scott & Bush Ltd.
One Turks Head Place, Fourth Floor
Providence, RI   02903
(401) 865-6035 Phone
(401) 865-6039 Fax
cscott@scottbushlaw.com
cbush@scottbushlaw.com

Robert M. Langer (#06305)
Erik H. Beard (#26941)
Wiggin and Dana LLP
One CityPlace, 185 Asylum Street
Hartford, CT   06103-3402
(860) 297-3724 Phone
rlanger@wiggin.com
ebeard@wiggin.com

/s/ Deborah Adler
Deborah Adler (phv03586)
Marcia Paul (#09896)
Davis Wright Tremaine, LLP
1633 Broadway, 27th Floor
New York, New York   10019-6708
(212) 489-8230 Phone
(212) 489-8340 Fax
deborahadler@dwt.com
marciapaul@dwt.com

Lee Friend Lizotte (#27428)
McCarter & English LLP
City Place I
185 Asylum Street
Hartford, CT   06103
(860) 275-6700 Phone
(860) 724-3397 Fax
llizotte@mccarter.com

495 PRODUCTIONS, INC. and UMG RECORDINGS, INC.

By Their Attorneys,

HEARST CORPORATION

By Its Attorneys,

/s/ Gregory L. Doll
Gregory L. Doll (phv193205)
Louise K. Fulsher (phv268491)
Doll Amir & Eley, LLP
1888 Century Park East, Suite 1850
Los Angeles, CA   90067
(310) 557-9100 Phone
(310) 557-9101 Fax
gdoll@dollamir.com
kfulsher@dollamir.com

Eric M. Grant (#13594)
Melissa A. Scozzafava (#23560)
Yarmin & Grant, LLC
83 Bank Street
Waterbury, CT   06702
(203) 574-5175 Phone
(203) 573-1131 Fax
egrant@yarmingrant.com

/s/ Ravi V. Sitwala
Ravi V. Sitwala (phv05077)
Jonathan R. Donnellan (phv05078)
Office of General Counsel
Hearst Corporation
300 West 57th Street
New York, New York   10019-3792
(212) 649-2006 Phone
(212) 649-2035 Fax
rsitwala@hearst.com
jdonnellan@hearst.com

Cameron Stracher (#21486)
4 North Pasture Road
Westport, CT   06880
(203) 222-7169 Phone & Fax
cam@stracherlaw.com

| | |
|---|---|
| mscozzafava@yarmingrant.com | |
| FIESTA PALMS | PAUL LIS, ET AL. |
| By its Attorneys, | By Their Attorneys, |
| /s/ Edward J. Naughton | /s/ Jose M. Rojas |
| Edward J. Naughton (#20822) | Jose M. Rojas (#22569) |
| Brown Rudnick LLP | THE ROJAS LAW FIRM |
| One Financial Center | 40 Russ Street |
| Boston, MA   02111 | Hartford, Ct 06106-1520 |
| (617) 856-8567 Direct (Edward) | (860) 232-3476 Phone |
| (617-901-1299 Cell (Edward) | (888) 418-2037 Fax |
| (617) 289-0783 Fax (Edward) | rojas@therojaslawfirm.com |
| enaughton@brownrudnick.com | |

## CERTIFICATE OF SERVICE

I hereby certify that the within *Joint Motion for Expansion of Discovery Deadlines* was filed through the ECF system on the 13th day of July, 2012, and will be sent electronically to the counsel listed below who are registered participants identified on the Notice of Electronic Filing or in the manner specified:

Gregory L. Doll, Esq.
Louise K. Fulsher, Esq.
Doll Amir & Eley, LLP
1888 Century Park East, Suite 1850
Los Angeles, CA   90067

Robert M. Langer, Esq.
Erik H. Beard, Esq.
Wiggin and Dana LLP
One City Place
185 Asylum Street, 34th Floor
Hartford, CT   06103-3402

Deborah Adler, Esq.
Marcia B. Paul, Esq.
Davis Wright Tremaine, LLP
1633 Broadway, 27th Floor
New York, NY   10019-6708

Jonathan R. Donnellan, Esq.
Ravi V. Sitwala, Esq.
Office of General Counsel
Hearst Corporation
300 West 57th St., 40th Floor
New York, NY   10019-3792

Lee Friend Lizotte, Esq.
McCarter & English LLP
City Place I
185 Asylum Street, 30th Floor
Hartford, CT   06103

Eric M. Grant, Esq.
Melissa A. Scozzafava, Esq.
Yamin & Grant, LLC
83 Bank Street
Waterbury, CT   06702

Edward J. Naughton, Esq.
Benjamin M. Welch, Esq.
Brown Rudnick LLP
One Financial Center
Boston, MA   02111

Timothy F. Mills, Esq.
Timothy F. Mills, P.C.
40 Russ Street
Hartford, CT   06106-1520

Cameron Stracher, Esq.
4 North Pasture Road
Westport, CT   06880

Jose M. Rojas, Esq.
The Rojas Law Firm
40 Russ Street
Hartford, CT   06106-1520

/s/ Erik H. Beard