UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
---------------------------------x
PAUL LIS and                     :
DJ PAULIE BROADCASTING, LLC,     :
                                 :
        Plaintiffs,              :
                                 :
v.                               :   CASE NO. 3:11CV01057(AWT)
                                 :
PAUL DELVECCHIO, JR., 495        :
PRODUCTIONS, VIACOM, INC. d/b/a  :
MTV Networks, UMG RECORDINGS,    :
INC., FIESTA PALMS LLC d/b/a     :
Palms Casino Resort,             :
BASKIN-ROBBINS INC.,             :
HEARST COMMUNICATIONS, INC.,     :
ROOM960 LLC, and 1-999 JOHN DOES,:
                                 :
        Defendants.              :
                                 :
---------------------------------x
```

<u>ORDER</u>

The parties have reported that this action has been settled in full. Rather than continue to keep the case open on the docket, the Clerk is directed to administratively close the file without prejudice to reopening on or before November 14, 2012.

If the parties wish to file a stipulation (for approval by the court or simply for inclusion in the court's file), they may do so on or before November 14, 2012.

The date set forth in this order may be extended for good cause pursuant to a motion filed in accordance with Local Rule 7(b).

It is so ordered.

Dated at Hartford, Connecticut this 10th day of October 2012.

                                              /s/AWT
                                         Alvin W. Thompson
                                      United States District Judge