UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **PAUL LIS, et al** | : | No. 11-cv-01057-AWT |
| plaintiffs | : | |
| | : | |
| | : | |
| **v.** | : | |
| | : | |
| | : | |
| **PAUL DELVECCHIO, et al** | : | NOVEMBER 9, 2012 |
| defendants | | |

## MOTION FOR EXTENSION OF TIME TO OPEN ADMINISTRATIVELY CLOSED CASE

Plaintiffs hereby move for an extension of time of thirty (30) days to reopen (if necessary). Although a need is not anticipated, an extension is necessary to protect plaintiffs' rights should the need arise. By way of background, the parties settled this matter on October 2, 2012, following a mediation. The court was alerted to the settlement, and thereafter administratively closed the case, "without prejudice to reopening on or before November 14, 2012." Since that time, the defendants have been diligently working on a draft settlement agreement for signature of the parties. Plaintiff received a draft on November 7, 2012, and is in the process of reviewing and discussing the details of the agreement with counsel. Plaintiff anticipates responding with some minor revisions. Although a problem as to the details is not anticipated, plaintiff wishes to keep this matter capable of being opened, should it require the intervention of the Court.

WHEREFORE, plaintiffs respectfully request an additional thirty (30) days within which they may reopen this matter should circumstances compel.

Respectfully submitted,

\_\_\_\_\_/s/_____
Jose M. Rojas, Esq
The Rojas Law Firm, LLC
Federal Bar No. ct 22569
40 Russ Street
Hartford, CT 06106
(860) 232-3476
(866) 321-2422 (fax)
rojas@therojaslawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on the above date a copy of the foregoing was filed electronically.  All parties of record will receive an electronic copy of same via the CM/ECF System.

\_\_\_\_\_/s/_____
Jose M. Rojas, Esq
The Rojas Law Firm, LLC
Federal Bar No. ct 22569
40 Russ Street
Hartford, CT 06106
(860) 232-3476
(866) 321-2422 (fax)
rojas@therojaslawfirm.com